UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 13 CR 328 |
| | ) | |
| v. | ) | Hon. Samuel Der-Yeghiayan |
| | ) | |
| ABDELLA AHMAD TOUNISI | ) | |

**AGREED MOTION TO DESIGNATE A
CLASSIFIED INFORMATION SECURITY OFFICER**

The United States of America, through its attorney, Gary S. Shapiro, United States Attorney for the Northern District of Illinois, respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the government states the following:

1.      This a criminal matter in which the grand jury has returned an indictment charging the defendant with providing material support to a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B(a)(1), and with making false statements to a

---

[1] In the original Security Procedures, the title of the position was Court Security Officer. In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

1

federal officer in a matter involving international terrorism, in violation of Title 18, United States Code, Section 1001(a)(2).

2.      As set forth in a previous filing (Doc. #21), this case involves classified material and will likely require filings pursuant to CIPA.

3.      To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, the government requests that the Court designate Daniel O. Hartenstine as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

4.      The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Mr. Hartenstine is unavailable: Jennifer H. Campbell, Branden M. Forsgren, Christine E. Gunning, Joan B. Kennedy, Michael P. Macisso, Maura L. Peterson, Carli V. Rodriquez-Feo, Harry J. Rucker, and W. Scooter Slade.

5.     Counsel for the defendant has reviewed this motion and the corresponding proposed order and does not oppose its entry.

Respectfully submitted,

GARY S. SHAPIRO
United States Attorney

By:    s/*William E. Ridgway*
WILLIAM E. RIDGWAY
BARRY JONAS
Assistant U.S. Attorneys
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 469-6233

3