UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 13 CR 328 |
| | ) | |
| v. | ) | Hon. Samuel Der-Yeghiayan |
| | ) | |
| ABDELLA AHMAD TOUNISI | ) | |

**Government's Unopposed Motion for
Early Return of Trial Subpoenas**

The United States, through its attorney, Gary S. Shapiro, United States Attorney for the Northern District of Illinois, respectfully submits this motion for early return of trial subpoenas, pursuant to Fed. R. Crim. Pr. 17(c). In support of its motion, the government states the following:

1.      This a criminal matter in which the grand jury has returned an indictment charging the defendant with providing material support to a designated foreign terrorist organization, in violation of Title 18, United States Code, Section 2339B(a)(1), and with making false statements to a federal officer in a matter involving international terrorism, in violation of Title 18, United States Code, Section 1001(a)(2) (Doc. #15).

2.      There has not been a trial date set yet.

3.      The government is requesting authority, pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, for both parties to be allowed to

issue trial subpoenas with an early return date.  Government has conferred with defense counsel who has no opposition to the motion.

WHEREFORE, the government respectfully moves this Court to enter the proposed order allowing for early return of trial subpoenas.

Respectfully submitted,
GARY S. SHAPIRO
United States Attorney

By:  s/*Barry Jonas*
BARRY JONAS
WILLIAM E. RIDGWAY
Assistant U.S. Attorneys
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 469-6233

Dated: October 23, 2013