IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 13 CR 328 |
| v. | ) | |
| | ) | Hon. Samuel Der-Yeghiayan |
| ABDELLA TOUNISI, | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO: All Parties of Record

PLEASE TAKE NOTICE that on **Thursday, November 17** at **9:00 a.m.** I will appear before the Honorable Samuel Der-Yeghiayan in the United States District Court, Northern District of Illinois, and then and there present Defendant Abdella Tounisi's **Motion to Set Bond and Conditions of Release,** a copy of which has been previously served upon you.

Respectfully submitted,

s/ Molly Armour
MOLLY ARMOUR
One of the Attorneys for
Abdella Tounisi

Law Office of Molly Armour
4050 North Lincoln Avenue
Chicago, Illinois 60618
(773) 746-4849 | office
(773) 439-6454 | fax
armourdefender@gmail.com