**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
|     Plaintiff | ) | Case No: 13 CR 328 |
| | ) | |
|     v. | ) | |
| | ) | Judge: Samuel Der-Yeghiayan |
| Abdella Ahmad Tounisi | ) | |
|     Defendant | ) | |
| | ) | |

**<u>ORDER</u>**

Change of Plea hearing held as to defendant Abdella Ahmad Tounisi. Defendant enters a plea of guilty as to Count I of the Indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Defendant is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 11/18/15. The Defendant is further given leave until 11/18/15 to submit to the Court any other sentencing position papers or letters. Government is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 11/25/15. Government is further given leave until 11/25/15 to submit to the Court any other sentencing position papers. By 11/25/15, Government is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed. The Government is ordered to provide justifications for each condition the Government believes should be imposed. Defendant is order to file a memorandum by 12/02/15 identifying if Defendant agrees or objections to any condition the Government believes should be imposed, with justifications to any objection. The Probation Department is directed to release the sentencing recommendation portion of the PSR to both Defense counsel and Government counsel. Sentencing is set for 12/09/15 at 10:30 a.m. Defendant to remain in custody until further order of the Court.

(T:0:30)

Date: <u>August 8, 2015</u>       /s/ _Samuel Der-Yeghiayan_
                                    Samuel Der-Yeghiayan
                                    U.S. District Court Judge