I am writing this letter to respectfully inform you that I am requesting to dismiss all assigned counsel and waive my right to counsel and wish to proceed pro se. If your Honor decides that I need standby counsel, I respectfully request not to have my assigned counsel that I am requesting to dismiss as standby counsel. I respectfully request to dismiss them and not have them as standby counsel due to the following reasons: breakdown of trust, conflict of interest and breakdown of communication.

For the record, so that it may be established that I know what I'm doing and my choice is made with eyes open. I, Abdella Ahmad Tounisi, understand and appreciate the seriousness of my charge, the dangers and disadvantages of self representation, the possible defenses at sentencing and the general range of possible penalties that will be imposed upon me at sentencing. Namely, 0 to 15 years imprisonment, 1-Life supervised release, and a $0-250,000 fine. I have the capacity to disclose to counsel pertinent facts related to my case, quality of relating to counsel and planning of legal strategy, and can appraise the available legal defenses. I've had manageable behavior in and out of court for four years. I also have the capacity to assist in the sentencing phase by aiding counsel in the preparation of presentence reports and to exercise the right of allocution at the time of sentence. I have the physical capacity for effective communication, a high school diploma, and literacy and fluency in the English language. I posses a level of intelligence needed to attain the minimal understanding necessary to present a defense at sentencing. I also have sufficient intelligence to understand the nature of the proceedings against me, what I plead guilty to, the purpose of my punishment, the impending fate which awaits me, a sufficient understanding to know any fact which might exist which would make my punishment unjust or unlawful and the intelligence required to convey such information to any attorney or the court.

I also waive all of my allocution rights, including the defense sentencing memorandum. I have no objection to the Pre-Sentence Investigation report, and no objection to the Government's version of the offense or subsequent sentencing memorandum.

Your Honor, I humbly request to be sentenced as early as is convenient for your Honor and the Government. As we all know, I have been incarcerated for four years now, and would like to put this behind me. Your Honor, I sincerely say that if I would have known then what I know now, I would have pled guilty in 2013. I do not wish to waste any more of the court's time or tax-payer dollars.

For the record again, I say that I deeply appreciate the importance of my rights being waived, a rational understanding of my charge and its consequence, and have benefited from the assistance of counsel thus far.

Respectfully Submitted 4/23/17



FILED

APR 27 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Abdella Tounisi 43307-424
Metropolitan Correctional Center
71 W. Van Buren St.
Chicago IL, 60605



2017 APR 27 PM 1:25
CLERK
U S DISTRICT COURT

04/27/2017-20

Clerk of the Court
Thomas G. Bruton

219 Dearborn St.
Chicago IL, 60604



Legal Mail



Legal Mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to yo
This letter has neither been opened nor inspected. If the writer raises a question or proble
over which this facility has jurisdiction, you may wish to return the materiel for furth
information or clarification. If the writer encloses correspondence for forwarding to anoth
addressee, please return the enclosure to the above address.

Date: 4·23·17

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to yo
This letter has neither been opened nor inspected. If the writer raises a question or proble
over which this facility has jurisdiction, you may wish to return the materiel for furth
information or clarification. If the writer encloses correspondence for forwarding to anoth
addressee, please return the enclosure to the above address.