IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 13 CR 328 |
| v. | ) | |
| | ) | Hon. Samuel Der-Yeghiayan |
| ABDELLA TOUNISI, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION
FOR LEAVE TO FILE OVERSIZED
<u>SENTENCING MEMORANDUM</u>**

Now comes the Defendant, Abdella Tounisi, by his attorneys, and hereby moves the Court to permit him to file a brief in excess of 15 pages. In support of this motion, he states as follows:

1. There are numerous legal and mitigation issues that Mr. Tounisi is obliged to address prior to sentencing. He faces a Guideline term of 180 months of imprisonment.

2. Counsel for Mr. Tounisi is unable to set forth the relevant 18 U.S.C. § 3553(a) factors to be considered within the fifteen pages allotted by Local Rule 7.1.

3. Abdella Tounisi's Sentencing Memorandum and Exhibits are appended to this motion.

4. The Government has no objection to this request.

ACCORDINGLY, Abdella Tounisi respectfully requests that he be permitted to file a 22-page Sentencing Memorandum.

Dated:          September 28, 2017          Respectfully submitted,


                                            s/ Molly Armour
                                            MOLLY ARMOUR
                                            One of the Attorneys for
                                            Abdella Tounisi

Law Office of Molly Armour
4050 N. Lincoln Avenue
Chicago, IL 60618
(773) 746-4849
armourdefender@gmail.com

Patrick Blegen
Lisa Wood
Blegen & Garvey
53 W. Jackson Boulevard, Suite 1437
Chicago, IL 60604
(312) 957-0100