IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | No. 13 CR 328 |
| v. | ) | |
| | ) | Hon. Samuel Der-Yeghiayan |
| ABDELLA TOUNISI, | ) | |
| Defendant. | ) | |

**EXHIBITS A-E TO**
**ABDELLA TOUNISI'S SENTENCING MEMORANDUM**

| | |
|---|---|
| Ahmad Tounisi Letter (father) | Exhibit A |
| Yusra Shihadeh Letter (family friend) | Exhibit B |
| Faissal Tounisi Letter (brother) | Exhibit C |
| Leena Abushanab Letter (friend) | Exhibit D |
| Anger Management Certificate | Exhibit E |

Dated: September 28, 2017           Respectfully submitted,


s/ Molly Armour
MOLLY ARMOUR
One of the Attorneys for
Abdella Tounisi

Law Office of Molly Armour
4050 N. Lincoln Avenue
Chicago, IL 60618
(773) 746-4849
armourdefender@gmail.com

Patrick Blegen
Lisa Wood
Blegen & Garvey
53 W. Jackson Boulevard, Suite 1437
Chicago, IL 60604
(312) 957-0100

# Exhibit A

Dear Sir,

Writing to you today about Abdella Tounisi.

My Name is Ahmad Tounisi his Dad the last Few Years have been Hard on me, My oldest son is going through the Toughest test of anyone's life time He Grew up Like any other Kid. We tought him Wright From wrong, he is an hounest Kid.

He Did Not fail, I Think I Did!!

I am having a hard time with what If's and May be's.

the fact Remains that he coming to your honorable Court Room to be Sentenced.



I and My family trust your
Judgement your honor.
My only hope that he will forgive
me For my short comings as a dad
I faild him when we had to move several
times Due to not Paying Rent and had to
Move him From school to school From one
neuborhood to another. I can only Imagen
how hard that was on him, he did struggle
while still trying to stay strong In front
of me. All Kids Make Mistakes and Learn
From them, his was a mistake that All
of us are learning From. he Never was
In Any trouble but this one he is Paying
Dearly For.

your honor!
My Kid Made a big Mistake. I would
Not Justify.

It's In my mind Day and Nite I
think We all as a family are Paying
the Price.

thank For taking the
time to Read our feeling's
about our beloved son
Abdella.

# Exhibit B

Honorable Samuel Der-Yeghiayan
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

To the Honorable Judge Presiding over Abdella's Case—

I am writing this letter in hopes to shed a different light and focus on Abdella Tounisi, despite him being wrapped up in this case. I have known Abdella and his family for over 12 years as a very close family friend. Abdella has always been and still remains a great child to myself and those who know him.

At a very young age you can see that Abdella had a soft and kind heart, you could not find a malicious cell in his body. He was always well mannered, soft spoken and extremely respectful to those around him. He is the oldest child in his family which brought with it great responsibility and Abdella did a great job remaining a stronghold in his family.

Abdella strove to do well as a 1st generation child of immigrant parents—Abdella never struck me as someone who had any negative feelings towards the United States, but the exact opposite. He was proud to be part of this country and be given all the opportunities to be something greater than his parents ever expected for him. In my eyes, Abdella has lost so much in this case—years of his life years that he can never get back. I believe he was a child and he believed he was trying to help people in need.

I know that Abdella is incredibly remorseful for ever being involved in this situation.He has expressed this to his lawyer and family many times, and I believe it has been reflected inefforts to remain a respectful and quiet inmate. He loves to read and to try and make himself better.

I pray that Abdella is given a second chance at life. A chance to go to college like a normal American young adult, to graduate, to start a job and to hopefully one day start a family. Abdella has lost a lot of time to his choices. The label will stay with him as he tries to build a meaningful and productive life for himself. This will be extremely difficult, especially in these times. Please consider that weight that he will carry forever in giving him a sentence.

I believe in the young man I knew and that this was a phase, a terrible phase, in his life and he will move on much stronger than he came in.

I hope you find this letter as a letter of hope and affirmation that Abdella is a good kid and that he deserves and has earned a second chance at life.

Sincerely,

Yusra Shihadeh

# Exhibit C

Faissal Tounisi
243 Westbrook Cir
Naperville, Illinois 60565

Honorable Samuel Der-Yeghiayan
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Dear Honorable Samuel Der-Yeghiayan,

I am Faissal Tounisi brother of Abdella Tounisi. I am writing to you today to explain how I will contribute to Abdella's reentry into society. Since I was young, Abdella used to always help any organization that needed it. I remember him going through all of our clothes and picked out all the clothes that we didn't wear and put them in plastic bags. When I asked him why is he doing this he told me the clothes will go to people in other countries that can't afford to buy them. Abdella use to always donate money to organizations we knew even if it was only a dime he would tell me to put it in the donation box so we both can have the good deeds from that act and till today if there is a donation box I will always put money in it for his and my sake.

In the next coming years I will be attending college I am determined to major in accounting and get my CPA. When Abdella reenters society I would sign him up for school right away because I believe education and knowledge is the key to success. I will try my hardest to help pay for his school expenses and his living expenses till I can get him on his own two feet. Right now I am only 17 and have been working for the past two years. I am determined to help Abdella's reentry to society right now when I'm only making minimum wage or in the next couple years when I start making a salary.

Whenever Abdella is released I will be there guiding him back to becoming a contributing citizen.

Sincerely,

Mr. Faissal Tounisi

# Exhibit D

To whom it may concern:

I've known Abdella Tounisi all of my life. He has been nothing other than a great brother and friend to me. Since we were kids our mothers have been best friends and we used to go over one another's houses all the time. Playing tag, playing house, playing video games, watching tv & movies together is something I will always cherish.

Whenever something would bother me we would talk as if we were truly siblings and he would want to make sure I was okay and feeling better. We would laugh and crack jokes all day and night. I would sleepover and we would stay up watching movies. Abdella has always been a great person and caring brother to me. I will always consider him to be apart of my family. Because he is. He was and still is my brother and one of my best friends.

I want you to see my family as I do. I have enclosed a picture. From right to Left: Abdalla, Ahmad (my brother), Myself (Leena), Suja (his sister), Tasneem (his other sister), & Deena (my sister). We're all a family and we always will be.

We just want Abdalla home, back with his family. Thank you.

Sincerely,

Leena Abushanab (his older sister)



# Exhibit E



METROPOLITAN CORRECTIONAL CENTER, CHICAGO, ILLINOIS

**CERTIFICATE OF COMPLETION**

This certificate is awarded to

# Abdella Tounisi

Anger Management Course

Completed 6 Hours

This certificate is hereby issued this 13th Day of May, 2015

D. Szyhowski, Psy.D. Forensic Psychologist
L. Britton, M.A., Advanced Doctoral Psychology Extern

Case: 1:13-cr-00328 Document #: 82-2 Filed: 09/28/17 Page 14 of 14 PageID #:356