**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 CR 328 |
| | ) | Judge Samuel Der-Yeghiayan |
| ABDELLA TOUNISI | ) | |
| | ) | |
| Defendant. | ) | |

**CONDITIONS OF SUPERVISED RELEASE**

Pursuant to this Court's order of June 28, 2017, the defense has examined the probation department's proposed conditions of supervised release as reflected in the PSR. The defense has the following requests:

With regard to discretionary condition 16, the defense requests that the condition of probation visits at "work" and "school" be removed. Counsel believe that visits at those locations may make it difficult for Defendant to maintain employment and/or further his education. The "other reasonable location specified by a probation officer" language also appears to make clear that Defendant will be required to make himself available for probation visits upon request.

With regard to special condition 9 (related to computer monitoring), the defense is still considering an alternative proposal. The defense does not object to computer monitoring in principle, but are considering modifications to reflect the reality that Defendant's future employment will in all likelihood require some computer use.

Lastly, with regard to the length of supervised release, the defense suggests that it be a substantial term less than life, for example ten years. Alternatively, if the Court believes a life or substantially longer term is necessary, the defense requests that the supervised release order

permit Defendant to petition the court (or another court) to terminate supervised release early (after some period) on the basis of compliance with the conditions. The defense believes such a provision would ensure compliance with the conditions and provide Defendant with an incentive to make progress toward returning to a productive life after his release.

Respectfully submitted,

**s/Patrick W. Blegen**

**PATRICK W. BLEGEN**, One of the attorneys for Defendant, Abdella Tounisi.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100