**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13 CR 328 |
| | ) | Judge Samuel Der-Yeghiayan |
| ABDELLA TOUNISI, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO CORRECT SENTENCE**

Defendant **ABDELLA TOUNISI**, by and through his attorneys **MOLLY ARMOUR**

and **BLEGEN & GARVEY**, pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure,

respectfully requests that the Court correct the Judgment in a Criminal Case entered in this matter

on October 26, 2017.

1.      The Judgement in a Criminal Case in this matter indicates that as part of the

conditions of supervised release Defendant shall permit a probation officer to visit him "at

work" and "at school." (Docket 89, p. 4)

2.      It is defense counsel's recollection that the Court did not impose the "at work"

and "at school" provisions, but instead ordered that Defendant permit a probation officer to visit

him "at home," and at "any other mutually agreeable place."

WHEREFORE, Defendant respectfully requests that the Court amend its Judgement in a

Criminal Case consistent with its oral pronouncement at sentencing.

Respectfully submitted,

**s/Patrick W. Blegen**
**PATRICK W. BLEGEN**, One of the
attorneys for Defendant, Abdella Tounisi.

**BLEGEN & GARVEY**
53 West Jackson Boulevard, Suite 1437
Chicago, Illinois 60604
(312) 957-0100