**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

United States of America

Plaintiff(s),

v.

Tounisi

Defendant(s).

Case No.  13-cr-328-1
Judge Robert M. Dow

**ORDER**

Defendant's motion for compassionate release [111] is taken under advisement; response is due by 9/9/2022.  The Court will issue a ruling by mail.

Date:  8/12/2022                    /s/ Judge Dow