UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MB

**FILED**

AUG 12 2022 EC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Date: August 4, 2022

ABDELLA AHMAD TOUNISI #43307-424

(Case No. 13 CR 328)

FCI Terre Haute

P.O. Box 33

Terre Haute, IN 47808

Dear Clerk of Court,

I'm currently proceeding as a Pro Se litigant (without cansel) and am thereby requesting the following documentation from this Court,

- UPDATED DOCKET SHEET

14 - PRE-TRIAL BAIL REPORT AS TO DEFENDANT *SEALED

53 - SUPPLEMENTAL ADDENDUM AS TO DEFENDANT *SEALED*

72 - LETTER FROM DEFENDANT

90 - STATEMENT OF REASONS AS TO DEFENDANT *SEALED*

103 - MOTION BY DEFENDANT TO SUPPLEMENT AND SEAL RECORD

106 - MINUTE ENTRY BEFORE HONORABLE ROBERT M. DOW, JR. UNOPPOSED MOTION BY DEFENDANT TO SUPPLEMENT AND SEAL RECORD

107 - SENTENCING EXHIBIT, CV MARK SAGEMAN BY DEFENDANT

108 - SEALED DOCUMENT

- SENTENCING TRANSCRIPTS
- DR. MARK SAGEMAN'S REPORT ON DEFENDANT
- APPELLATE MOTION
- GOVERNMENT RESPONSE TO APPELLATE MOTION

The above mentioned documents are from case number, 13 CR 328.

Sincerely,

Abdella Tounisi

Abdella Tounisi
#43307-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

<43307-424>
Northern Dist Court House
20th Floor
219 S Dearborn ST
Chicago, IL 60604
United States

RECEIVED
2022 AUG 12 AM 8:38

UNITED STATES POSTAL SERVICE®
USPS TRACKING #
9114 9022 0078 9765 4907 51
Label 400 Jan. 2013
7690-16-000-7948





08/12/2022-28