ABDELLA AHMAD TOUNISI
REG#: 43307-424
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 33
TERRE HAUTE, IN 47808

Date: January 19, 2022

CC; To: WARDEN, Brian Lammer
WARDEN, G.Swaney
WARDEN, (acting Warden)

I, Abdella A. Tounisi am seeking Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A) and for the following reasons I request for it to be Granted

- I'm currently suffering from various medical conditions that require continued and professional treatment.

- I've currently served a substantial amount of time from my sentence.

- Upon release I intend on becoming a model citizen through work, family, education and continued guidance from the federal probation office.

RESPECTFULLY SUBMITTED