TOUNISI, Abdella Ahmad
Reg. No. 43307-424
CMU

## Inmate Request to Staff Member Response

This is in response to your Inmate Request to Staff regarding a Compassionate Release/Reduction in Sentence (RIS) based on the provisions for a Debilitating Medical Condition.

After a review of your request, we will not be pursuing a request for compassionate release on your behalf. Among other review factors, Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§3582(c)(1)(A) and 4205(g), indicates inmates who have been diagnosed with a terminal, incurable disease and whose life expectancy is eighteen months or less, and/or has a disease or condition with an end-of-life trajectory under 18 USC 3582(d)(1), should be considered for a (RIS). Additionally, consideration should include assessment of medical conditions where the inmate is "experiencing deteriorating mental or physical health that substantially diminishes their ability to function in a correctional facility." A review of your last comprehensive medical summary indicates you do not have a terminal, incurable disease with a life expectancy of eighteen months or less, nor do you have a disease or condition with an end of life trajectory. Furthermore, your last comprehensive medical summary indicates your condition(s) is not to a point where you possess cognitive or physical limitations which substantially diminish your ability to function in a correctional facility (e.g. limitations on activities of daily living such as feeding and dressing oneself).

Accordingly, you are not appropriate for RIS at this time. If you are dissatisfied with this response, you may file an appeal pursuant to Program Statement 1330.18, Administrative Remedy Program, within 20 calendar days of the date of this response.

I trust this addresses your concerns.

2/9/22
Date

B. Lammer, Warden