UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABDELLA AHMAD TOUNISI
Petitioner-Defendant

v.

UNITED STATES OF AMERICA
Respondent-Plaintiff

Case No. 13 CR 328
(EMERGENCY MOTION)

**FILED**
OCT 06 2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## PETITIONER-DEFENDANT'S EMERGENCY REQUEST
## FOR IMMEDIATE GRANT OF COMPASSIONATE RELEASE

NOW COMES the Petitioner-Defendant, hereinafter ("Abdella") who respectfully urges this Court to GRANT his emergency request for his immediate Compassionate Release petition pursuant to 18 U.S.C. § 3582 (c)(1)(A) and that it would grant his motion in the same. Abdella is at a high risk of severe illness or death if he remains in BOP custody due to COVID-19.

**A.**                    PROCEDURAL BACKGROUND

i.   On or about August 9, 2022 Abdella filed his motion for compassionate release with this Court. R. 111. The Court recognizes that Abdella's *Pro Se* complaint must be construed liberally. (see *Haines v. Kerner*, 404 U.S. 519, 520, 92 S. Ct. 594, 30 L. Ed 2d 652 (1972)).

ii.  On October 7, 2022 the government filed its response to Abdella. (see Doc. #118, Page ID: #602)

iii. On October 28, 2022 Abdella filed his Opposition motion to the government.

-1-

# ARGUMENT

I. FAILURE TO GRANT EMERGENCY REQUEST FOR COMPASSIONATE RELEASE WOULD PLACE PETITIONER AT CONTINUED HIGH-RISK OF SEVERE ILLNESS OR DEATH

"In truly beginning to understand Abdella, it's vitally important for this Court to be reminded of the young man who now stands in deep appreciative need of its sound judicial assistance when he has motioned it for release through a complete and compassionate framework." (Petitioner-Defendant's Opposition and Reply.. Pg. 7)

To be clear, the circumstances surrounding Abdella's confinement within the BOP in Terre Haute, Indiana (FCI) have radically changed throughout the past several days and the spread of COVID-19 and its related symptoms within his housing unit have left him extremely vulnerable as "..his illnesses turned the would-be-sentence into a legitimate cry for help! This Court is fully equipped to respond and thus we proceed." id.

## STATEMENT OF FACTS

B.

According to at least four (4) other inmates who are housed with Abdella, Affiants who under oath certify that

i. "Beginning no later than Tuesday SEPTEMBER 26, 2023 I began experiencing symptoms of the COVID-19 virus." (see EXHIBIT'S 1-4)

ii. "On Tuesday SEPTEMBER 26, 2023 at least one inmate in my housing unit was placed on isolation/quarantine status. The inmate maintains that he was "swabbed" and tested positive for COVID-19 prior to his placement." id. at 2.

Abdella himself, who under oath certifies that

iii. "On or around sometime in April, 2023 I requested a COVID-19 booster shot by submitting a request (e.g. BOP "Cop-Out") to medical staff. From that time until present, I have not received any COVID-19 booster shot(s). The CDC recommended this shot specifically for high-risk categories (e.g. "immuno-compromised")." (see EXHIBIT #5, ₱ 1.)

Abdella again reminds that

iv. "On or around early September, 2023 the CDC recommended that all Americans should receive a COVID-19 booster shot. From that time until present, I have not received any COVID-19 booster shot(s)." (id. at ₱ 2.)

To make matters worse, Abdella is deeply struggling to maintain adequate nutrition, in example

v. "On Thursday September 21, 2023 I was provided with an "ENSURE" supplement drink. However, due to my severe acid reflux (GERD), the ENSURE ingredient(s) of "milk" and "chocolate" greatly aggravate[1] my already severe disease. On Tuesday September 26, 2023 I discontinued taking "ENSURE". Due to my GERD I am unable to consume the majority of food(s) on the BOP menu or the commissary." (id. at ₱ 3.)

Thus, even the nutritional supplement provides no relief for Abdella.[2]

---

1  Certain foods such as chocolate, fatty foods and foods containing mint may contribute to or aggravate GERD. In example, of approximately 17 food categories; included among them are "chocolate, especially high-fat milk chocolate" and "High-fat dairy products including whole milk". (see Mayo-Clinic on Digestive Health 4th Edition, pg.171 by Sahil Khanna, M.B.B.S.

2  (see EXHIBIT #5a.)

— 3 —

What's more, Abdella makes the matter quite clear that

vi. "At present, I am still Immuno-compromised and every two (2) weeks I require and receive a shot of HUMIRA /40 mg. I remain at a high-risk of severe-illness or death if I contract the COVID-19 virus." (id. at ¶ 4.)

It's perhaps no surprise that Abdella placed this Court on significant notice of his continued breathing problems in addition to being immuno-compromised. In example,

"medical records are replete with a series of continued complaints from Abdella related to his recurring "shortness of breath", "difficulty breathing" and the hardship that he faces when attempting to take a "deep breath". (Petitioner-Defendant's Opposition and Reply .. pg. 29)

In fact, "Abdella has been seen several times by medical providers due to his inability to sustain regular breathing." id. And unfortunately, "[a]s a direct result, Abdella has been provided with an "albuterol" pump which counsel's for "two puffs up to three times per day AS NEEDED". id. In addition "during a scheduled visit with the Rheumatologist, Dr. Henry Davis, MD he noted (inter alia) that Abdella was suffering from "possible asthma". id. Abdella currently uses two (2) ~~inhalers~~ inhalers.

Interestingly enough, "[a]sthma and acid reflux often occur together. It isn't clear why or whether one causes the other. But it is known that acid reflux, which causes heartburn, can worsen asthma and asthma can worsen acid reflux— especially severe acid reflux associated with GERD." (Mayo Clinic on Digestive Health 4th Edition pg. 172 by Sahil Khanna, M.B.B.S.)

— 4 —

c.

## ADDITIONAL ILLNESSES

On April 13, 2023 Abdella underwent testing, which the following day it was determined that "**THIS PATIENT'S ALPHA-1-ANTITRYPSIN PHENOTYPE IS PI*MM.**" (see EXHIBIT #6) Particulary, "I, P, T and null alleles are considered deleterious." id.

What does this mean? To be clear, "Alpha 1-antitrypsin defiency is a hereditary disorder in which a lack or low level of the enzyme alpha 1-antitrypsin damages the lungs and liver." (see EXHIBIT #6a) In fact, consistent with Abdella's difficulty breathing (inter alia)

"Adults commonly develop emphysema, with progressively increasing shortness of breath, difficulty breathing, coughing, and wheezing."(id. at pg. 484 Section 7)

As addressed in greater detail in (Petitioner-Defendant's Opposition and Reply·· pg. 40-41) Abdella is likened medically (inter alia) to the Seventh Circuit case from this very Carthouse (see _United States v. Hassan_, U.S. Dist. LEXIS 129945  470 F. Supp. 3d 804 (7ᵗʰ Cir. 2020). For Sami Samir Hassan, this Court reasoned due to his FMF and immuno-compromised state (inter alia) that

"COVID-19 is spreading through penal institutions at both the state and federal level throughout the United States and is currently resurging in more than half of the states. Although the virus may not yet have hit Leavenworth [F]CI, where defendant is currently being held, the Court cannot assume it will not do so. Any exposure by defendant to this disease would have severe and deadly effects." id.   (textual emphasis omitted)

— 5 A

Writing for the *New York Times*, citing Dr. Dan Barouch, head of the Center for Virology and Vaccine Research at Beth Israel Deaconess Medical Center in Boston said, (as reported on September 10, 2023) (p. 17)

"What I think we're seeing is the virus continuing to evolve, and then leading to waves of infection, hopefully mostly mild in severity."

The articles continues to state,

At the moment, the numbers suggest that Americans should tailor their behavior to their own risks, some experts said.

Those who are the most vulnerable to Covid — older adults, pregnant women and those with weakened immune systems — might well choose to take the utmost precautions, such as masking most or all of the time and avoiding crowded indoor spaces.

Those with reduced risk may want to take precautions in some circumstances, especially if they might pass the virus to more vulnerable people. Stay up-to-date on Covid shots, Dr. Gronvall said, and get Paxlovid, the antiviral treatment, if you become infected and qualify.

5B

Writing for the New York Times / ~~[illegible]~~, citing Dr. John M. Coleman, a pulmonary and critical care doctor at Northwestern Memorial Hospital said (as reported on August 29, 2023) (inter alia) (p. A13)

"People who are hospitalized for Covid now tend to have pre-existing conditions or suppressed immune systems that make them more susceptible to severe symptoms.,"

"Particulary for people who already have health risks, he said, it is crucial to receive the new booster this fall, wash hands frequently and wear a mask if feeling unwell." id.

Abdella is in urgent need of "compassion" and "release". Quite frankly, the BOP generally and FCI ~~Terra~~ Terre Haute specifically is continuing to callously treat inmates medical needs. In example, as well-documented by at least four (4) inmates (see EXHIBITS # 7-10) FCI Terre Haute was deliberately refusing to test inmates who feared that they contracted COVID-19 in a brazen and misguided attempt to "keep its numbers down." Abdella has been made to endure this affair despite his very real risk at contracting COVID-19 and experiencing severe illness or death.

— 6 —

Abdella is immuno-compromised and cannot reasonably benefit from the COVID-19 vaccine (which he has been vaccinated) and the BOP at present has refused to even provide him his CDC recommended and requested booster shot(s). In any event, Abdella has succinctly established that he cannot benefit from the vaccine and remains particularly vulnerable to serious complications from the virus. (see *Petitioner-Defendant's Opposition and Reply...*) See also *United States v. Broadfield*, 5 F. 4th 801, 803 (7th Cir. 2021) and *United States v. Barbee*, 25 F. 4th 531, 533 (7th Cir. 2022).

To this point, the Seventh Circuit Court of Appeals made clear that

"It quickly became the law in the Seventh Circuit that, "for most prisoners [,] the availability of vaccines for COVID-19 'makes it impossible to conclude that the risk of COVID-19 is an "extraordinary and compelling" reason for immediate release.'" United States v. Sullivan, No. 20-2697, 2021 U.S. App. LEXIS 24143, 2021 WL 3578621, at *2 (7th Cir. Aug. 13, 2021) (quoting United States v. Broadfield, 5 F. 4th 801, 803 (7th Cir. 2021); See also United States v. Burgard, 857 Fed. Appx. 254, 2021 WL 3781384, at *2 (7th Cir. 2021); United States v. Eveland, No. 20-3499, 2021 U.S. App. LEXIS 23176, 2021 WL 3414202, at *1 (7th Cir. Aug. 5, 2021); United States v. Ugbah, 4 F. 4th 595, 597 (7th Cir. 2021)." [~~██~~] (see *United States v. Shegonee* (7th Cir. 2022)

"Still though, the Seventh Circuit has reigned in the district courts' running with this case law:." id. That is because, for very specific and individualized cases like Abdella that warrant relief, refusal to provide it would ~~████~~ put him at higher risk of harm.

— 7A

The 7th Circuit continued by stating,

"We close with an observation about Covid-19 vaccines in the context of requests for compassionate release. The government points to our language in United States v. Broadfield, 5 F. 4th 801, 803 (7th Cir. 2021), in which we said that the availability of vaccines had effectively eliminated the risks of COVID-19 to most Federal prisoners. But that opinion was handed down before Omicron became the dominant variant in this country (with an increase in breakthrough infections among the fully vaccinated). And it includes a safety valve for prisoners to show that they are unable to receive or benefit from a vaccine or that they remain vulnerable to severe infection, notwithstanding the vaccine. Id. Recent events underscore the need for a district court's opinion to leave us assured that it considered the applicant's individualized arguments and evidence. United States v. Rucker, 27 F.4th 560, 2022 WL 610625, at *3 (7th Cir. Mar. 2, 2022).

7B

## CONCLUSION

Sound health and wellness is a blessing that most of us take for granted. Unfortunately for Abdella, every day is a countdown for survival and after nearly one (1) year since his Compassionate Release motion (see Opposition) was filed, now more than ever he respectfully requests and urges immediate relief.

This Court is fully capable at law to provide immediate relief for Abdella to preserve his health and "life" and to compassionately safeguard his ability to live. The Court should GRANT Abdella's release from BOP custody to return home where he can receive proper and adequate nutrition ~~and~~ treatment for his host of illnesses, and to be able to immediatly receive a Covid shot, Evusheld shot, test for Covid, isolate properly, wear a proper mask (N95), and have access to Paxlovid.

RESPECTFULLY SUBMITTED

ABDELLA AHMAD TOUNSI
REG#: 43307-424
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808

-8-

## CERTIFICATE OF SERVICE

I, ABDELLA A. TOUNISI hereby certify that on this 27th day of September, 2023 did mail a true-copy of the 'Emergency Request' petition to the name and address below

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RESPECTFULLY SUBMITTED

*Abdella Tounisi*

~ 9 ~



**EXHIBIT #1**

Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

1. Beginning no later than Tuesday SEPTEMBER 26, 2023 I began experiencing symptoms of the COVID-19 virus.

2. On Tuesday SEPTEMBER 26, 2023 at least one inmate in my housing unit was placed on isolation/quarantine status. The inmate maintains that he was "swabbed" and tested positive for COVID-19 prior to his placement.

I CERTIFY THAT THE AFOREMENTIONED INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER THE PAINS AND PENALTIES OF PERJURY

DENNIS
MAHON

Sincerely,
Dennis Mahon

# 30289-424

Executed on this <u>26</u> day of September, 2023.

(PLEASE TEST ME!)

— 10 —

EXHIBIT #2

Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

1. Beginning no later than Tuesday SEPTEMBER 26, 2023 I began experiencing symptoms of the COVID-19 virus.

2. On Tuesday SEPTEMBER 26, 2023 at least one inmate in my housing unit was placed on isolation/quarantine status. The inmate maintains that he was "swabbed" and tested positive for COVID-19 prior to his placement.

I CERTIFY THAT THE AFOREMENTIONED INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER THE PAINS AND PENALTIES OF PERJURY

Sincerely,
N. Adams  73651-066
N. Adams

Executed on this 26 day of September, 2023.

-11-



Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

1. Beginning no later than Tuesday SEPTEMBER 26, 2023 I began experiencing symptoms of the COVID-19 virus.

2. On Tuesday SEPTEMBER 26, 2023 at least one inmate in my housing unit was placed on isolation/quarantine status. The inmate maintains that he was "swabbed" and tested positive for COVID-19 prior to his placement.

I CERTIFY THAT THE AFOREMENTIONED INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER THE PAINS AND PENALTIES OF PERJURY

Dimono McDowell
DIMONO McDowell
50711-019
Sincerely,

Executed on this 26 day of September, 2023.

-12-

**EXHIBIT #4**

Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

1. Beginning no later than Tuesday SEPTEMBER 26, 2023 I began experiencing symptoms of the COVID-19 virus.

2. On Tuesday SEPTEMBER 26, 2023 at least one inmate in my housing unit was placed on isolation/quarantine status. The inmate maintains that he was "swabbed" and tested positive for COVID-19 prior to his placement.

I CERTIFY THAT THE AFOREMENTIONED INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER THE PAINS AND PENALTIES OF PERJURY

Sincerely,

32349-074

Executed on this 26 day of September, 2023.

DONALD R. Reynolds
32349-074

-13-

## AFFIDAVIT

EXHIBIT #5

( Case No. 13 CR 328 )

1. On or around sometime in April, 2023 I requested a COVID-19 booster shot by submitting a request (e.g. BOP "Cop-Out") to medical staff. From that time until present, I have not received any COVID-19 booster shot(s). The CDC recommended this shot specifically for high-risk categories (e.g. "immuno-compromised").

2. On or around early September, 2023 the CDC recommended that all American's should receive a COVID-19 booster shot. From that time until present, I have not received any COVID-19 booster shot(s).

3. On Thursday September 21, 2023 I was provided with an "ENSURE" supplement drink. However, due to my severe acid reflux (GERD), the ENSURE ingredient(s) of "milk" and "chocolate" greatly aggravate my already severe disease. On Tuesday September 26, 2023 I discontinued taking "ENSURE". Due to my GERD I am unable to consume the majority of food(s) on the BOP menu or the commisary.

4. At present, I am still Immuno-compromised and every two (2) weeks I require and receive a shot of HUMIRA /40 mg. I remain at a high-risk of severe-illness or death if I contract the COVID-19 virus.

I CERTIFY THAT THE AFOREMENTIONED INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER THE PAINS AND PENALTIES OF PERJURY

Sincerely,

Abdella Tounisi

#43307-424

Abdella Tounisi

Executed on this _26_ day of September, 2023.

-14-



EXHIBIT #5a.

A.H.S.A.
Cop-Out to Mrs. Booth

9/25/23
Abdella Touriss
#43307-424
D-25L

Hello,

I was seen by Dr. Trueblood on 9/13/23. I turned in my medical shoes because they are too tight when I ~~wear~~ wear them with the medical insoles. Dr. Trueblood said that I may need to be put in to see the person who provides medical shoes. As of today I have not been put in for orthotics. May I please be put in to receive medical shoes?

On 9/21/23 I began receiving a Insure Supplement. Also I received a recommendation from the G.I. clinic to receive 1 insure supplement a day. The reason why she recommended the supplement is because I described to her how I can't eat many foods on the new and commissary. That includes milk and other diary products and caffine. The insure that I'm currently receiving every day is milk based and has a chocolate flavor. May I please have a supplement that is not milk based or has any flavours that has caffine?
Thank you,
Abdella Touriss
-15-





**Report Status: Final**

**TOUNISI, ABDELLA**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **TOUNISI, ABDELLA**<br><br>**DOB: 07/09/1994    AGE: 28**<br>Gender:   M<br>Phone:   NG<br>Patient ID: 43307-424 | Specimen:   WX422468K<br>Requisition: 7064027<br>Lab Ref #:   072231020<br><br>Collected:   04/13/2023 / 06:02 EDT<br>Received:   04/14/2023 / 04:58 EDT<br>Reported:   04/20/2023 / 16:56 EDT | Client #: 10767072    4000000<br>TRUEBLOOD, ELIZABETH<br>FCI TERRE HAUTE<br>Attn: HEALTH SERVICES UNIT<br>4200 BUREAU RD N<br>TERRE HAUTE, IN 47802-8128 |

| Test Name | In Range | Out Of Range | Reference Range | Lab |
|---|---|---|---|---|
| ALPHA-1-ANTITRYPSIN QN | 116 | | 83-199 mg/dL | CB |
| ALPHA-1-ANTITRYPSIN<br>(AAT) PHENOTYPE | | SEE NOTE | | EZ |

THIS PATIENT'S ALPHA-1-ANTITRYPSIN PHENOTYPE IS PI*MM.

90% of normal individuals have the MM phenotype, with normal quantitative AAT levels. Many phenotypic patterns have been described, including deficiency states with F, S, Z, or other alleles. As a general estimation, compared to M allele of 100% of normal A-1-Antitrypsin protein, the S allele produces approximately 60% and the Z allele 20%. For example, an MS phenotype would have about 80% of normal A-1-Antitrypsin protein level, a 50% contribution from the M allele and 30% from the S allele. A ZZ phenotype would have about 20% of normal levels, a 10% contribution from each Z gene. The F allele has normal A-1-Antitrypsin levels, but the kinetics of elastase inhibition is not as efficient as an M allele product; F alleles should be considered functionally mildly deficient. Other variants are identifiable by phenotypic analysis. These include CM, DP, EM, GM, IS, LM, M1M2, M3M3, MP, MT, XX, MY, and M1N. I, P, T and null alleles are considered deleterious. C, D, E, G, L, M1, M2, M3, X and Y alleles are generally considered normal variants. The MZ-Pratt phenotype is a normal variant; care should be taken to avoid confusion with the deficient MZ phenotype.

**PERFORMING SITE:**

CB   QUEST DIAGNOSTICS WOOD DALE, 1355 MITTEL BOULEVARD, WOOD DALE, IL 60191-1024 Laboratory Director: ANTHONY V THOMAS, CLIA: 14D0417052

EZ   QUEST DIAGNOSTICS/NICHOLS SJC, 33608 ORTEGA HWY, SAN JUAN CAPISTRANO, CA 92675-2042 Laboratory Director: IRINA MARAMICA,MD,PHD,MBA, CLIA: 05D0643352

-16-

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

EXHIBIT 6a.

thus permitting the remaining portions of the lungs and the diaphragm to function better. It is not known how long the improvement lasts. People are required to stop smoking for at least 6 months before surgery. They should undergo an intense rehabilitation program to determine whether overall function can be improved significantly without surgery before undertaking this operation, which carries a risk of death of about 5%.

### Prognosis and End-of-Life Issues

COPD itself usually does not cause death or severe symptoms if the person stops smoking at a time when airflow is only mildly obstructed. Continued smoking, however, virtually assures that symptoms will worsen. With moderate and severe airflow obstruction, the prognosis becomes progressively worse. People in advanced stages of COPD are likely to need considerable help with medical care and with activities of daily living. They may, for example, arrange to live on a single floor of their house, eat several small meals rather than one large meal, and avoid wearing shoes that must be tied. Death may result from respiratory failure, lung cancer, heart disorders (for example, heart failure or heart rhythm abnormalities), pneumonia, pneumothorax, or blockage of the arteries leading to the lungs (pulmonary embolism).

People with end-stage disease who develop flare-ups may need a breathing tube and mechanical ventilation. The duration of mechanical ventilation may be prolonged, and some people remain ventilator-dependent until death. It is important for people to consider with their doctors and loved ones whether or not they wish this kind of supportive therapy and to do so before a flare-up occurs. The best way to ensure that the person's wishes regarding prolonged mechanical ventilation are carried out is to prepare an advance directive (see page 69) and appoint a health care proxy (see page 70).

## Alpha₁-Antitrypsin Deficiency

*Alpha₁-antitrypsin deficiency is a hereditary disorder in which a lack or low level of the enzyme alpha₁-antitrypsin damages the lungs and liver.*

- Alpha₁-antitrypsin deficiency is caused by an inherited gene mutation.
- Infants may develop jaundice and cirrhosis.
- Adults commonly develop emphysema, with shortness of breath, wheezing, and coughing; some adults develop cirrhosis.
- Tests that measure the amount of the enzyme in the blood and that detect the gene mutations are used for diagnosis.

- People with emphysema take drugs to improve breathing and sometimes receive infusions of alpha₁-antitrypsin by vein.
- Some people need lung or liver transplants.

Alpha₁-antitrypsin is an enzyme produced by the liver that inhibits the action of other enzymes called proteases. Proteases break down proteins as part of normal tissue repair. Alpha₁-antitrypsin protects the lungs from the damaging effects of proteases.

Alpha₁-antitrypsin deficiency results from an inherited mutation in the gene that controls production and release of the enzyme. There are many subtypes of alpha₁-antitrypsin deficiency, but in all, levels of active enzyme in the blood are insufficient, the enzyme is structurally abnormal (and thus functions poorly), or both. Whites are affected more often than blacks or Asians.

The most common problems caused by the deficiency are

- Liver damage
- Emphysema

If the enzyme is structurally abnormal, it may clump in the liver, causing the liver to malfunction. In some people, liver malfunction leads to cirrhosis (see page 222) and to an increased risk of liver cancer.

The low levels of alpha₁-antitrypsin allow proteases to damage the lungs, resulting in emphysema (see page 480). Emphysema is more common (and worse) in people who smoke. Emphysema in nonsmokers is often caused by alpha₁-antitrypsin deficiency.

Disorders of other organs sometimes occur. These disorders include inflammation of fat under the skin (panniculitis), life-threatening hemorrhage, aneurysms, ulcerative colitis, vasculitis, and kidney disease.

### Symptoms

Symptoms may first appear during infancy, childhood, or adulthood. About 20% of affected people have symptoms during infancy. Affected infants develop yellowing of the skin and the whites of the eyes (jaundice) and an enlarged liver during the first week of life. Jaundice disappears at about age 2 to 4 months. However, about 20% of these infants later develop cirrhosis, and some die before reaching adulthood.

Adults commonly develop emphysema, with progressively increasing shortness of breath, difficulty breathing, coughing, and wheezing. Emphysema rarely develops before age 25. It develops earlier and is more severe in smokers than in nonsmokers. The severity of symptoms also varies depending on the form of the deficiency, other disorders people have, environmental exposure to lung irritants, and other factors. If people have never smoked, their symptoms tend to be moderate, and most have a normal life expectancy.

-17-

EXHIBIT 6

Even if they did not have liver problems during infancy, about 10% of adults develop cirrhosis, which may eventually lead to liver cancer.

People with panniculitis have painful, tender bumps or discolored patches on the lower abdomen, buttocks, and thighs. The bumps may feel hard to the touch.

## Diagnosis

Alpha$_1$-antitrypsin deficiency is suspected in the following:

- Infants who have typical symptoms
- Smokers who develop emphysema before age 45
- Nonsmokers who develop emphysema at any age
- People with an unexplained liver disorder

Because the deficiency is inherited, doctors usually ask whether any family members have had emphysema or cirrhosis with no known cause.

The deficiency is often confirmed by genetic testing, which also can determine the specific form of the deficiency. Doctors also usually do blood tests to measure the level of alpha$_1$-antitrypsin.

## Treatment

**Emphysema:** People who smoke are advised to stop. Bronchodilators such as albuterol may help ease breathing and relieve cough. Lung infections that develop are treated promptly.

Alpha$_1$-antitrypsin may be given by vein to replace the deficient enzyme. It is collected from a group of donors and screened for bloodborne disorders. Thus, it is expensive and is most beneficial to people who have only moderate symptoms due to emphysema and do not smoke. This treatment is thought to prevent further damage but does not reverse damage already done.

If people are younger than 60 and have severe symptoms, lung transplantation may be done. A few medical centers sometimes do transplantations in highly selected people as old as 70.

**Liver Damage:** Taking alpha$_1$-antitrypsin does not treat or prevent liver damage because liver damage is caused by production of an abnormal enzyme, not by enzyme deficiency. If the liver is severely damaged, liver transplantation may be done (see page 1132). The transplanted liver does not become damaged because the alpha$_1$-antitrypsin it produces is normal and thus does not accumulate in the liver.

**Panniculitis:** Doctors may give corticosteroids, antimalarial drugs, or certain antibiotics (tetracyclines) to relieve inflammation. But whether these drugs are effective is unclear.

## CHAPTER 78

# Sleep Apnea

*Sleep apnea is a serious disorder in which breathing repeatedly stops long enough to disrupt sleep and temporarily decrease the amount of oxygen and increase the amount of carbon dioxide in the blood.*

- People with sleep apnea often are very sleepy during the day, snore loudly, and have episodes of gasping or choking, pauses in breathing, and sudden awakenings with a snort.
- Although the diagnosis of sleep apnea can often be based on symptoms, doctors usually use polysomnography to confirm the diagnosis and determine the severity.
- Continuous positive airway pressure, oral appliances fitted by dentists, and sometimes surgery are used to treat sleep apnea.

Sleep apnea occurs when breathing is interrupted during sleep for periods of more than 10 seconds. There are three types: obstructive sleep apnea, central sleep apnea, and a mixed type.

Obstructive sleep apnea, the most common type, is caused by repeated closure of the throat or upper airway during sleep. This type of apnea affects about 4 to 9% of middle-aged people in the United States. Obstructive sleep apnea is more common in obese people. Obesity, perhaps in combination with aging and other factors, leads to narrowing of the upper airway. Excessive use of alcohol worsens obstructive sleep apnea. Having a narrow throat, thick neck, and round head—features that tend to run in families—increases the risk of sleep apnea. Hypothyroidism or excessive and abnormal growth due to excessive production of growth hormone (acromegaly) can contribute to obstructive sleep apnea. In children, enlarged tonsils or adenoids, some dental conditions (such as a large overbite), and some birth defects (such as an abnormally small lower jaw) can cause obstructive sleep apnea.

Central sleep apnea, a much rarer type, is caused by a problem with the control of breathing in the brain

EXHIBIT #7

AFFIDAVIT OF ROBERT PATRICK HOFFMAN II

[FEDERAL INMATE REG. No. 81369-083]

I, Robert Patrick Hoffman II, being duly sworn, deposes and states:

1. My name is Robert Patrick Hoffman II. I am over 18 years of age and not party to this action. I am an inmate currently serving a Federal sentence at FCI Terre Haute, in Terre Haute, Indiana. I am fully competent to make this affidavit. To the best of my knowledge all of the facts stated herein are true and correct.

2. On 18 and 19 January, 2022, six (6) persons housed here in ~~[illegible]~~ Dog (D-Unit) Unit (F.C.I.) Terre Haute reported flu-like symptoms to both custodial and medical staff.

3. Between 19 and 21 January 2022, some of the aforementioned inmates were tested for COVID-19. Those persons that tested positive, three that I know of, were locked in their cells and, eventually, magnetic quarantine placards were placed on the exterior of their cell doors.

4. During the morning hours of 23 January 2022, an additional twelve (12) persons, including myself, reported flu-like symptoms to both custodial and medical staff. I made a verbal request to medical staff to be tested for COVID-19. I was told to submit a written request to medical staff.

5. During the early afternoon hours of 23 January 2022, an inmate notified his family, via his regularly scheduled ~~[illegible]~~ phone call, that he believes he has contracted COVID-19. Immediately following his phone call, this inmate was confronted by medical staff about his claim of illness and given a "quick" COVID-19 test.

6. At 1451, local time, on 23 January 2022, D-Unit Terre Haute was placed under medical quarantine lockdown.

-19-

EXHIBIT #1

14. ~~Early aft~~ 27-29 January 2022, I continued to attempt to submit a written request to be tested for COVID-19. Both medical staff and unit team refused to accept my request.

15. Early afternoon 29 January 2022, a member of the medical staff stood in the central doorway of the housing area of DUnit Terre Haute and announced that the unit will remain on lockdown until we stop asking to be tested for COVID-19. I ceased attempting to get tested for COVID-19.

16. On 01 February 2022, the ~~BoP~~ Bureau of Prisons (BoP) instituted a nation-wide COVID-19 lockdown.

17. On 11 February 2022, the BoP lifted its nation-wide COVID-19 lockdown.

18. From 18 January thru 11 February 2022, 36 of the 59 persons housed in DUnit Terre Haute reported suffering flu-like symptoms. Another twelve (12) inmates refused to discuss this topic due to fears of retaliation. Fewer than ten (10) DUnit Terre Haute inmates were tested for COVID-19 during this time frame.

I declare under penalty of perjury, under the laws of the United States, that the foregoing declaration is true and correct.
I have executed this declaration on,

26 Sept, 2023 at FCI Terre Haute, Indiana

Robert R. Hoffman II
CTT1(SS)        USN(ret)

-20-


EXHIBIT #8

Mr. Martin Gottesfeld
Reg. no. 12982-104
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

The Hon. Andrea Robin Wood
U.S. District Judge
Everett McKinley Dirksen U.S. Courthouse
Room 1764
219 South Dearborn Street
Chicago, IL 60604

Monday, May 29, 2023

Re *United States v. Tounisi*, 13-cr-328 (N.D. Ill.)

Dear Honorable Judge Wood:

I hope this letter finds Your Honor well.

I am Martin Gottesfeld. My writing on human-rights issues inside the U.S. Bureau of Prisons (B.O.P.) has appeared at, *inter alia*, *HuffPost*, *The Intercept*, *RT*, *WorldNetDaily*, *Red State* and *The Liberty Sentinel*. In 2017 *Rolling Stone* featured my human-rights advocacy under the title *The Hacker Who Cared Too Much: How a Crusade to Save Children Landed a Hacker in Prison*. In 2022 Ms. Michelle Malkin labeled me a "non-violent techie," a "medical freedom advocate" and "political prisoner." Most recently, NBCUniversal featured my advocacy in its four-part docuseries *The Battle for Justina Pelletier*.

Assistant United States attorneys call me a "sophisticated *pro se* litigant."

From April 1, 2019, through January 21, 2022, and again from November 11, 2022, through today I have been incarcerated with Mr. Tounisi, the defendant in the above-captioned case and movant for compassionate release under § 3582. In this time I have come to know Mr. Tounisi.

Mr. Tounisi is a contributing member of the prison community. He holds an important job here, one that has proved too much a challenge and temptation for many of his predecessors, but one which he executes well, with neither fear nor favor unduly accorded to anyone.

I understand all too well the optics of Mr. Tounisi's case, but I also understand, now, after I have seen many such cases over four years, that many of the young, male defendants in these cases were in ways both subtle and overt encouraged down their dangerous paths by federal law enforcement. I believe this a fact relevant to Mr. Tounisi's pending motion.

And, in Mr. Tounisi's particular case, I understand—and, otherwise, would not choose to support his motion—that Mr. Tounisi is accused of opposing a barbarous foreign regime that is no friend of The United States, their allies or those who hold sacrosanct human rights. This fact, too, is relevant to Mr. Tounisi's motion.

Last, there is little I could write about the mismanagement of the pandemic at the Federal Correctional Complex (F.C.C.) Terre Haute, Indiana, where Mr. Tounisi has been housed these past four years, that is not already proper subject for judicial notice. During the height of the pandemic, the administration here deliberately chose not to implement CDC guidance regarding contact tracing and testing. *See Smith v. Barr*, 512 F. Supp. 3d 887, 895 (S.D. Ind.) (Magnus-Stinson, J.) (granting in part motion for a preliminary injunction). In November through December 2020, the local United States Penitentiary (U.S.P.) "added 400 new active cases—the most active cases among any BOP facility at the time." *Id.* at 896.

Rather than deal honestly with the situation, the complex warden here "declared under penalty of perjury" that the agency would implement appropriate safeguards. *Id.* at 895. But, as Judge Magnus-Stinson noted: "This declaration has proven to be wholly false." *Id.*

EXHIBIT # 8

Such false declarations must have consequences if honesty is to be expected before the courts.

I remain at Your Honor's disposal should Your Honor have any questions about either Mr. Tounisi or the B.O.P.

Sincerely,

by: _____
Martin Gottesfeld.



Abdella Tounisi
Reg. No. 43307-424
FCI Terre Haute/CMU
P.O.Box 33
Terre Haute, Indiana 47808

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

ABDELLA TOUNISI,
    Petitioner,

      v.

UNITED STATES OF AMERICA,
          Respondent.

)
)
)
)
)
)
)
)
)
)
)

DECLARATION OF UNDISPUTED MATERIAL
FACTS IN SUPPORT OF PETITIONER'S
PETITION·FOR COMPASSIONATE RELEASE
UNDER THE FIRST STEP ACT OF 2018.

---

AFFIDAVIT OF JUAN DIEGO PAUCAR
[FEDERAL INMATE REG. No. 44491-004]

I, Juan Diego Paucar, being duly sworn, deposes and states:

1. My name is Juan Diego Paucar. I am over 18 years of age and not a party to this action. I am an inmate currently serving a federal sentence at, FCI Terre-Haute, located in the city of Terre Haute, Indiana. I am fully competent to make this affidavit. To my knowledge all of the facts stated herein are true and correct.

2. On or about late January to early February of the year 2022, and while housed at the D-Unit inmate housing building that's located within the Federal Correctional Institution ("FCI") Terre Haute, I was afflicted by a COVID-19 viral

1

-23-

EXHIBIT #9

infection (OMICRON variant). Its symptoms lasted for about seven days, or at least the most severe manifestation of it as lingering effects remained for quite some time longer.

3. The manner in which the COVID-19 diagnosis was determined at the time was as a result of a Q-tip test, which was presumably tested further at the FCI's own Health Services Department. The Q-tip test was performed on me by medical staff Nurse Ms. Sanduski, sometime around January 18-19 of 2022.

4. A day later, during the morning hours, and as the whole housing unit had been on lockdown status because of the massive spread of the COVID-19 viral infection, I'd noticed a Medical Dept. Staff member right in front of my cell (cell # 17). It turns out that I recognized the individual to be Nurse Mr. Mize. I immediately inquired as to the reason for his being in front of my cell. And Nurse Mize reponded that he was placing a "placard" (the magnetic kind) indicating that I was "positive" for COVID-19. Upon his statement, I then asked Mr. Mize what did that mean? And he responded that from that point on, having ascertained that I was positive for the virus, I would be subjected to daily temperature checks and other symptomatic monitoring. Upon hearing this I told Mr. Mize that I was glad someone would be checking on me because I did not feel great at all.

5. Luckily for me the COVID-19 viral infection left my body after about a week from its onset, although a few lingering effects remained. However, even such were finally overcome at some point a few weeks later.

6. At that time, and while I was experiencing the brunt of the COVID-19 viral infection, I had introduced a petition to the District Courtfor the Eastern District of Kentucky, Pikeville division, for Compassionate Release. And since the petition had been still extant at the time, I then decided to include the fact of my sudden and unexpected COVID-19 (OMICRON) diagnosis to the Court on my response to the U.S. Government's opposition to my Petition which was filed on April 5, of 2022.

7. Unfortunately for me, my Petition to the District Court was denied on or about May of 2023. However, in the ruling by the Hon. District Court Judge Wier, the Court referenced the fact that I had alleged to have had been infected by the COVID-19 (OMICRON) variant(as I have stated on this affidavit), yet the Court had found

2

- 24 -

EXHIBIT #9

otherwise based on the Medical Records provided by the FCI Terre Haute's Health Services Department. According to institutional records, I had NOT tested positive at all when I claimed to the Hon. District Court that I had. And needless to say, this revelation was completely contrary to the events, the facts, and my own personal and objective experience of the entire chain of occurrences during the referenced period of time.


I declare under penalty of perjury under the laws of the United States, that the foregoing declaration is true and correct.

I have executed this declaration on,



May 23, of 2023, at FCI Terre Haute, Indiana.


Juan Diego Paucar
Reg. No. 44491-004
FCI Terre Haute/CMU-#18
P.O. BOX 33
Terre Haute, Indiana 47808

3

-25-

EXHIBIT #10

## AFFIDAVIT

1. On or around January 17, 2022 until about February 2, 2022 I was housed within the Federal Correctional Institution (FCI) of Terre Haute, Indiana.

2. During this time period there was an "Emergency Lockdown" of the entire Federal Correctional Complex (FCC) due to a COVID-19 outbreak of the "Omnicron Variant".

3. Within my housing unit, BOP medical personnel was conducting routine temperature checks of every inmate through their cell door by calling them to place their 'forehead' on the gate to be scanned.

4. Multiple inmates were complaining of various symptoms related to COVID-19 including (but not limited to); headaches, shortness of breath, dizziness, nasal congestion etc. Staff routinely dismissed these claims by merely responding "you don't have a fever" and similar language.

5. I then advised the housing unit (through the cell door) that they need to resquest COVID-19 checks to determine who in fact was infected to give staff the ability to properly quarantine the infected and to potentially hasten the end to the lockdown. After this announcment a few inmates including myself requested to be checked for COVID-19. Medical staff placed a cautionary sign on every inmates door who "believed" they may have contracted the COVID-19 virus but they refused to test them.

6. I became very ill and requested of staff to be tested for COVID-19 due to my symptoms and they told me "we're not testing you". I then became upset and reminded them that they needed to test me upon my request to prevent any further infections, they again reminded that I would not be tested as "there was no need".

7. For nearly two weeks I witnessed the BOP medical personnel deliberately refuse to test inmates who were requesting to be tested. When I asked why they were refusing to test they claimed that another similarly situated housing unit in Marion, IL was suffering from an outbreak and how in my unit (FCI Terre Haute) they "were trying to keep the numbers down" of infected inmates so they were refusing to test on those grounds.

I, MOHAMMAD ZAKI AMAWI CERTIFY THAT THE ABOVEMENTIONED INFORMATION FROM ME IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER THE PAINS AND PENALTIES OF PERJURY

Executed on this **22nd** Day of May, 2023

Sincerely,

MOHAMMAD ZAKI AMAWI
Affiant

- 26 -

Case: 1:13-cr-00328 Document #: 122 Filed: 10/06/23 Page 29 of 31 PageID #:1040

## Certain foods

Certain foods such as chocolate, fatty foods and foods containing mint may contribute to or aggravate GERD. Chemicals in these food ingredients can cause the lower esophageal sphincter to relax and open. Caffeine products can increase stomach acid production, which may worsen GERD.

## Smoking and excessive alcohol

Smoking may increase the production of stomach acid, aggravating reflux. Alcohol reduces pressure on the lower esophageal sphincter, allowing it to relax and open. Alcohol may also irritate the lining of the esophagus. A combination of smoking and alcohol use can create even worse problems.

### FOODS TO BE AWARE OF

Limit or stop eating foods that bring on GERD symptoms or make your symptoms worse. Some foods that can cause or worsen GERD are listed below. You don't need to stop eating or cut back on all of these foods, only those that seem to be a problem for you.

- Fatty foods, including cream sauces, butter, margarine and shortening
- Fatty meat, including high-fat hamburgers, bacon and sausage
- Chocolate, especially high-fat milk chocolate
- Spearmint and peppermint
- Tomatoes and tomato-based products
- Citrus fruit and juice
- Beverages containing caffeine
- Carbonated drinks, especially soda with caffeine
- Fried foods, such as french fries and onion rings
- High-fat dairy products including whole milk
- Peanut butter and high-fat nuts
- Hot sauces and peppers
- Garlic
- Onion
- Apples
- Cucumbers and pickles
- Spicy food



Mayo Clinic on Digestive Health 4th Edition
by Sahil Khanna, M.B.B.S.

**GERD and other esophageal diseases** 171

-27-

### Family history

Mayo Clinic researchers believe that a genetic link may predispose some people to GERD. If your parents or siblings have or had the condition, your chances of also developing GERD are increased.

## ASSOCIATED CONDITIONS

Other conditions or diseases can aggravate or trigger symptoms of GERD. However, unlike the risk factors just discussed, these conditions generally aren't considered a cause of GERD.

### Pregnancy

GERD is more common during pregnancy because of increased production of the hormone progesterone. Progesterone relaxes many muscles in the body, including the lower esophageal sphincter. GERD can also develop during pregnancy because of increased pressure on the stomach as the fetus grows and the uterus expands.

### Asthma

Asthma and acid reflux often occur together. It isn't clear why or whether one causes the other. But it is known that acid reflux, which causes heartburn, can worsen asthma and asthma can worsen acid reflux — especially severe acid reflux associated with GERD.

### Connective tissue disorders

Diseases that cause muscular tissue to thicken and swell, such as scleroderma, can prevent digestive muscles from relaxing and contracting normally, causing acid reflux.

### Zollinger-Ellison syndrome

One complication of this rare disorder is that your stomach produces large amounts of stomach acid, increasing your risk of reflux and GERD.

## COMPLICATIONS OF GERD

If persistent acid reflux is left untreated, it can lead to one or more of these common complications.

### Esophagitis

Esophagitis is an inflammation of the lining of the esophagus, the muscular tube that delivers food from your mouth to your stomach. Left untreated, the condition can become painful and lead to difficulty swallowing, scarring of the esophagus and the development of ulcers.

Treatment of esophagitis depends on the underlying cause and the severity of the tissue damage. Medications are often the first line of treatment. In some situations, surgery or minimally invasive procedures may be used.

172    Chapter 10    Mayo Clinic on Digestive Health 4ᵗʰ Edition by Sahil Khanna, M.B.B.S.

-28-

Abde___ T___
#43___ ___
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



RECEIVED

OCT 0 6 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT





**USPS TRACKING #**

9114 9022 0085 2144 3186 08

Label 400 Jan. 2013
7690-16-000-7948

⇔43307-424⇔
Northern Dist Court House
20th Floor
219 S Dearborn ST
Chicago, IL 60604
United States



10/06/2023-26