UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABDELLA AHMAD TOUNISI
           Petitioner-Defendant

      No.  13-cr-00328

v.

UNITED STATES OF AMERICA
           Respondent-Plaintiff



## PETITIONER'S NOTICE OF APPEAL

NOW COMES the Petitioner-Defendant (hereinafter "Mr. Tounisi") Pro Se, who submits his Notice of Appeal pursuant to the Fed.R.App.P. Rule 4(a)(B)(i) to oppose and challenge the ORDER denying his motions for Compassionate Release (see Doc#111 and 122) issued by USDJ Andrea R. Wood on January 30, 2024 (Doc#123). Mr. Tounisi is an inmate confined to an institution within the Federal Bureau of Prisons (BOP) who timely files his Notice of Appeal (see Fed.R.App.P. 4(c)(1)(A)(i)(ii)[1] .

---

1 See EXHIBIT#1

-1-

# E X H I B I T  #1

## AFFIDAVIT

1.  This "Affidavit" is submitted by ABDELLA AHMAD TOUNISI (hereinafter "Mr. Tounisi") as a declaration pursuant to and in compliance with those rules and requirements as outlined in 28 U.S.C. §1746.

2.  Mr. Tounisi is an Inmate Confined to an Institution (see Fed.R.App.P. 4(c)(1)(A)(i)(ii)) currently housed in FCI Terre Haute within the Federal Bureau of Prisons (BOP) in Terre Haute, Indiana 47808. Mr. Tounisi's registered U.S. Marshal/BOP inmate number is #43307-424.

3.  Mr. Tounisi is the Petitioner-Defendant in Case No. 13-cr-00328.

4.  Mr. Tounisi received the "ORDER" dated January 30, 2024 (see Doc#123) on FRIDAY February 9, 2024 on or around 10:30AM. This ORDER contains markings such as "neopost 02/06/2024 FIRST-CLASS MAIL, US POSTAGE, $000.64" and "S SUBURBAN IL 604  6 FEB 2024 PM 6L" on the mailing envelope to signify the date of shipping from the Office of Clerk of the U.S. District Court. The ORDER's mailing envelope also contains markings such as "D" (which signifies the FCI housing unit that Mr. Tounisi is housed in) and "0208 m11" (which signifies the date that the mailroom/BOP staff received the envelope). In example, on or around 10:30AM on February 9, 2024 BOP SIS Technician, JAMIE WHEELER hand-delivered the ORDER to Mr. Tounisi outside of his assigned living quarters (i.e. cell#26).

5.  Mr. Tounisi hand-delivered his "NOTICE OF APPEAL" (see Certificate of Service) to his Unit Team within the BOP for mailing on MONDAY February 12, 2024 during mail-call hours in his housing unit to the US District Court.

6.  Mr. Tounisi's "NOTICE OF APPEAL" was properly addressed, forwarded and contained a Pre-Paid stamp (and USPS Tracking Label).

7.  Mr. Tounisi also mailed a copy of his "NOTICE OF APPEAL" to the United States Court of Appeals for the Seventh Circuit. Mr. Tounisi mailed a copy of this "NOTICE OF APPEAL" on MONDAY February 12, 2024. Mr. Tounisi is mindful of Fed.R.App.P. 4(d) but seeks to insure the delivery and process of his "NOTICE OF APPEAL" due to the urgency of his petition for Compassionate Release (see 18 U.S.C. §3582(c)(1)(A)(i) and Doc#111 and 122).

8.  Mr. Tounisi has no operational control thereafter any mailing submission to BOP staff members and his "NOTICE OF APPEAL" is timely submitted consistent with Fed.R.App.P. 4(c)(1)(A)(i)(ii) and the prisoner "mailbox" rule.

I CERTIFY THAT THE AFOREMENTIONED INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER THE PAINS AND PENALTIES OF PERJURY

Executed on this 12th day of February, 2024.

RESPECTFULLY SUBMITTED

*Abdella Tounisi*

Abdella Tounisi

## CERTIFICATE OF SERVICE

I, ABDELLA AHMAD TOUNISI Reg#43307-424 on February 12, 2024 did in fact mail my "NOTICE OF APPEAL" and "Affidavit" (see 28 U.S.C. §1746) to BOP staff during mail-call hours within my housing unit at FCI Terre Haute to be delivered to the following addresses below


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604


UNITED STATES COURT OF APPEALS
SEVENTH CIRCUIT
U.S. Courthouse
219 South Dearborn Street, Room 2722
Chicago, IL 60604


RESPECTFULLY SUBMITTED


ABDELLA AHMAD TOUNISI
REG#43307-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Abdell
#43307-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808


RECEIVED
2024 FEB 21 AM 9:50



02/21/2024-46

⇔43307-424⇔
Northern Dist Court House
20th Floor
219 S Dearborn ST
Chicago, IL 60604
United States



**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**

9114 9022 0085 2144 3188 20

Label 400  Jan. 2013
7690-16-000-7948

Z12-M0-2