UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ABDELLA AHMAD TOUNISI
      Petitioner-Defendant

                    No. 13-cr-00328

v.

UNITED STATES OF AMERICA
      Respondent-Plaintiff



FILED
FEB 21 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### PETITIONER'S NOTICE OF APPEAL

NOW COMES the Petitioner-Defendant (hereinafter "Mr. Tounisi") <u>Pro Se</u>, who submits his <u>Notice of Appeal</u> pursuant to the Fed.R.App.P. Rule 4(a)(B)(i) to oppose and challenge the ORDER denying his motions for Compassionate Release (see Doc#111 and 122) issued by USDJ Andrea R. Wood on January 30, 2024 (Doc#123). Mr. Tounisi is an inmate confined to an institution within the Federal Bureau of Prisons (BOP) who timely files his <u>Notice of Appeal</u> (see Fed.R.App.P. 4(c)(1)(A)(i)(ii)[1] .

---

1 See EXHIBIT#1

-1-

E X H I B I T   #1

## AFFIDAVIT

1.  This "Affidavit" is submitted by ABDELLA AHMAD TOUNISI (hereinafter "Mr. Tounisi") as a declaration pursuant to and in compliance with those rules and requirements as outlined in 28 U.S.C. §1746.

2.  Mr. Tounisi is an Inmate Confined to an Institution (see Fed.R.App.P. 4(c)(1)(A)(i)(ii)) currently housed in FCI Terre Haute within the Federal Bureau of Prisons (BOP) in Terre Haute, Indiana 47808. Mr. Tounisi's registered U.S. Marshal/BOP inmate number is #43307-424.

3.  Mr. Tounisi is the Petitioner-Defendant in Case No. 13-cr-00328.

4.  Mr. Tounisi received the "ORDER" dated January 30, 2024 (see Doc#123) on FRIDAY February 9, 2024 on or around 10:30AM. This ORDER contains markings such as "neopost 02/06/2024 FIRST-CLASS MAIL, US POSTAGE, $000.64" and "S SUBURBAN IL 604  6 FEB 2024 PM 6L" on the mailing envelope to signify the date of shipping from the Office of Clerk of the U.S. District Court. The ORDER's mailing envelope also contains markings such as "D" (which signifies the FCI housing unit that Mr. Tounisi is housed in) and "0208 m11" (which signifies the date that the mailroom/BOP staff received the envelope). In example, on or around 10:30AM on February 9, 2024 BOP SIS Technician, JAMIE WHEELER hand-delivered the ORDER to Mr. Tounisi outside of his assigned living quarters (i.e. cell#26).

5.  Mr. Tounisi hand-delivered his "NOTICE OF APPEAL" (see Certificate of Service) to his Unit Team within the BOP for mailing on MONDAY February 12, 2024 during mail-call hours in his housing unit to the US District Court.

6.  Mr. Tounisi's "NOTICE OF APPEAL" was properly addressed, forwarded and contained a Pre-Paid stamp (and USPS Tracking Label).

7.  Mr. Tounisi also mailed a copy of his "NOTICE OF APPEAL" to the United States Court of Appeals for the Seventh Circuit. Mr. Tounisi mailed a copy of this "NOTICE OF APPEAL" on MONDAY February 12, 2024. Mr. Tounisi is mindful of Fed.R.App.P. 4(d) but seeks to insure the delivery and process of his "NOTICE OF APPEAL" due to the urgency of his petition for Compassionate Release (see 18 U.S.C. §3582(c)(1)(A)(i) and Doc#111 and 122).

8.  Mr. Tounisi has no operational control thereafter any mailing submission to BOP staff members and his "NOTICE OF APPEAL" is timely submitted consistent with Fed.R.App.P. 4(c)(1)(A)(i)(ii) and the prisoner "mailbox" rule.

I CERTIFY THAT THE AFOREMENTIONED INFORMATION IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF UNDER THE PAINS AND PENALTIES OF PERJURY

Executed on this 12th day of February, 2024.

RESPECTFULLY SUBMITTED

Abdella Tounisi

## CERTIFICATE OF SERVICE

I, ABDELLA AHMAD TOUNISI Reg#43307-424 on February 12, 2024 did in fact mail my "NOTICE OF APPEAL" and "Affidavit" (see 28 U.S.C. §1746) to BOP staff during mail-call hours within my housing unit at FCI Terre Haute to be delivered to the following addresses below

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

UNITED STATES COURT OF APPEALS
SEVENTH CIRCUIT
U.S. Courthouse
219 South Dearborn Street, Room 2722
Chicago, IL 60604

RESPECTFULLY SUBMITTED

ABDELLA AHMAD TOUNISI
REG#43307-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808



02/21/2024-46

⇔43307-424⇔
Northern Dist Court House
20th Floor
219 S Dearborn ST
Chicago, IL 60604
United States

UNITED STATES
POSTAL SERVICE®

USPS TRACKING #

9114 9022 0085 2144 3188 20

Label 400 Jan. 2013
7690-16-000-7948

Abdull
#43307-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 13-cr-00328 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| ABDELLA TOUNISI | ) | |

## ORDER

Defendant's motions for compassionate release [111], [122] are denied. In addition, his motion to seal sensitive documents [120] is granted and his motion for request for judicial notice [116] is denied as moot. See the accompanying Statement for details.

## STATEMENT

Defendant Abdella Tounisi is serving a 180-month sentence for attempting to provide material support—namely, personnel—to a foreign terrorist organization. Tounsi has filed two motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), both of which contend that his health condition puts him at risk of severe illness if he were to contract COVID-19 in the prison environment. (Dkt. No. 111, 122.) For the reasons that follow, Tounisi's motions are denied.

## I.

On August 8, 2015, Tounsi pleaded guilty to one count of attempting to provide material support to a foreign terrorist organization, in violation of 18 U.S.C. § 2339B(a)(1). As acknowledged in his plea agreement, on April 19, 2013, Tounisi went to Chicago's O'Hare International Airport and attempted to board a flight to Istanbul, Turkey. (Plea Agreement ¶ 6, Dkt. No. 64.) From Istanbul, Tounisi planned to travel to Syria with the purpose of joining and fighting with Jabhat al-Nusrah, an organization that he knew had been designated by the U.S. Secretary of State as a foreign terrorist organization. (*Id.*) However, Tounisi was arrested before he could board his flight. (*Id.*)

Following his guilty plea, Tounisi was sentenced to 180 months' imprisonment. Currently, Tounisi is incarcerated at Terre Haute FCI, and his projected release date is January 29, 2026. Tounisi now seeks a reduction of his sentence to time-served, as he claims that he is at heightened risk for severe illness from COVID-19. In particular, Tounisi cites his psoriasis, psoriatic arthritis, ankylosing spondylitis, breathing difficulties, and immuno-compromised status as risk factors.

## II.

Once a federal district court imposes its sentence, the sentence may not be modified except in the narrow circumstances set forth in 18 U.S.C. § 3582(c). *United States v. Townsend*, 762 F.3d 641, 645 (7th Cir. 2014). Relevant here, under 18 U.S.C. § 3582(c)(1)(A)(i):

> [T]he court, upon motion of the director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable, if it finds that—
>
> (i) extraordinary and compelling reasons warrant such a reduction . . . .

That section reflects an amendment through the First Step Act, Pub. L. No. 115-391, 132 Stat. 5194 (2018), "to allow defendants to petition courts directly for compassionate release the earlier of either fully exhausting" all administrative rights to appeal the Bureau of Prisons' failure to bring a motion for compassionate release on the defendant's behalf or 30 days after the facility warden has received a defendant's request for compassionate release. *United States v. Reyes*, No. 04 CR 970, 2020 WL 1663129, at *1 (N.D. Ill. Apr. 3, 2020). Because the Government acknowledges that Tounisi has exhausted his administrative remedies, the Court proceeds to the merits of his request for compassionate release.

A sentence reduction under § 3582(c)(1)(A)(i) may only be granted when supported by "extraordinary and compelling reasons." The statute does not define what constitutes "extraordinary and compelling reasons," but instead states that the sentence must comply with "applicable policy statements issued by the Sentencing Commission" and "directs the Sentencing Commission to promulgate 'the criteria to be applied and a list of specific' extraordinary and compelling examples." *United States v. Rodriguez*, 424 F. Supp. 3d 674, 681 (N.D. Cal. 2019) (quoting 18 U.S.C § 3582(c)(1)(A); 28 U.S.C. § 994(t)). Those criteria are set forth in USSG § 1B1.13. *Id.* On November 1, 2023, the Sentencing Commission's amendments to USSG § 1B1.13 covering prisoner-initiated motions for compassionate release went into effect. *United States v. Colon*, No. 18-cr-00675, 2023 WL 8451809, at *1 (N.D. Ill. Dec. 6, 2023). Relevant here, an extraordinary and compelling reason for release exists when the following conditions are present:

> (i)      the defendant is housed at a correctional facility affected or at imminent risk of being affected by (I) an ongoing outbreak of infectious disease, or (II) an ongoing public health emergency declared by the appropriate federal, state, or local authority;
>
> (ii)     due to personal health risk factors and custodial status, the defendant is at

2

increased risk of suffering severe medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or the ongoing public health emergency described in clause (i); and

(iii)     such risk cannot be adequately mitigated in a timely manner.

USSG § 1B1.13(b)(1)(D).

Before vaccines became widely available, many defendants were able to obtain compassionate release due to the COVID-19 pandemic by showing extraordinary and compelling circumstances based on their increased risk of suffering severe illness should they contract the virus. Section § 1B1.13(b)(1)(D) recognizes that, in certain circumstances, an inmate's vulnerability to an ongoing outbreak of infectious disease or public health emergency can constitute an extraordinary and compelling reason for compassionate release. Shortly after COVID-19 vaccines became widely available, however, the Seventh Circuit held that "for the vast majority of prisoners, the availability of a vaccine makes it impossible to conclude that the risk of COVID-19 is an 'extraordinary and compelling' reason for immediate release." *United States v. Broadfield*, 5 F.4th 801, 803 (7th Cir. 2021). Only where "[a] prisoner can show that he is unable to receive or benefit from a vaccine" will he be able to make a case for compassionate release pursuant to the First Step Act. *Id.* Tounisi recognizes this Seventh Circuit precedent and further acknowledges that he has been vaccinated but argues that his use of Humira, an immunosuppressant, renders him unable to benefit fully from the COVID-19 vaccine. Further, Tounisi comes forward with no evidence or any other medical opinion demonstrating that his use of Humira cancels out the benefits of the COVID-19 vaccine. Thus, the Court finds that Tounisi's potential exposure to COVID-19 is not an extraordinary and compelling reason for his compassionate release.

Even if Tounisi had presented extraordinary and compelling reasons, his request would still fail based on the Court's review of the factors under 18 U.S.C. § 3553(a). In attempting to join what he knew was a designated foreign terrorist organization, Tounisi committed an extremely serious crime. Notably, Tounisi persisted in his efforts even after his own parents tried to stop him by confiscating his passport. Given Tounisi's desire to further Jabhat al-Nusrah's terrorist activities, his sentence reflects a substantial need to protect the public. The Court observes that nowhere in his submissions does Tounisi renounce his previous sympathies to Jabhat al-Nusrah and, at points, he seems to deny engaging in the conduct to which he pleaded guilty. (*See* Def.'s Reply in Supp. of Mot. for Compassionate Release at 44–46, Dkt. No. 120.) Thus, consideration of the § 3553(a) factors provide an additional, independent basis for this Court to conclude that Tounisi must serve the remainder of his sentence.

**III.**

In sum, a reduction of Tounisi's sentence is not warranted by extraordinary and compelling reasons nor is it supported by the § 3553(a) factors. Therefore, Tounisi's motions for compassionate release are denied.

Dated:  January 30, 2024

Andrea R. Wood
United States District Judge

4

APPEAL,MARTIN,PROTO,TERMED

# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:13-cr-00328-1
## Internal Use Only

Case title: USA v. Tounisi

Date Filed: 05/16/2013

Date Terminated: 10/26/2017

Assigned to: Honorable Andrea R. Wood

Appeals court case number: 17-3325 7th
Circuit

## Defendant (1)

**Abdella Ahmad Tounisi**
*TERMINATED: 10/26/2017*

represented by **Abdella Ahmad Tounisi**
43307-424
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808
PRO SE

**Daniel Anthony Rufo**
Blegen & Garvey
53 W Jackson Blvd.
Suite 1437
Chicago, IL 60604
(312) 957-0100
Email: drufo@blegengarvey.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Matthew Joseph Madden**
Attorney at Law LLC
209 S. LaSalle
7th Floor
Chicago, IL 60604
312 762-9473
Email: matt@mjmaddenlaw.com
*TERMINATED: 04/24/2013*
*Designation: CJA Appointment*

**Molly Armour**
Law Office of Molly Armour
4050 N. Lincoln Avenue
Chicago, IL 60618

(773) 746-4849
Email: mearmour@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Patrick W. Blegen**
Blegen & Garvey
53 West Jackson Boulevard
Suite 1437
Chicago, IL 60604
(312)957-0100
Email: pblegen@blegengarvey.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| PROVIDING MATERIAL SUPPORT OR RESOURCES TO TERRORISTS (1) | The Defendant pleaded guilty to Count(s) One (1) of the indictment. Count(s) Two is dismissed on the motion of the United States. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 180 months on Count 1. The defendant is remanded to the custody of the United States Marshal. Defendant upon release from imprisonment shall be on supervised release for a term of: Life on Count One of the Indictment. Discretionary Conditions of Supervised Release pursuant to 18 U.S.C. 3563(b) and 18 U.S.C. 3583(d). Special Conditions of Supervised Release pursuant to 18 U.S.C. 3563(b)(22) and 3583(d). Criminal Monetary Penalties. Schedule of Payments. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| STATEMENTS OR ENTRIES GENERALLY (2) | Count(s) Two is dismissed on the motion of the United States. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|

18:2339A.F--providing material support to
terrorists

---

**Plaintiff**

**USA**                         represented by    **William Ridgway**
United States Attorney's Office
Northern District of Illinoi
219 S. Dearborn St.
Chicago, IL 60604
312-469-6233
Email: william.ridgway@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*

**Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Barry Jonas**
United States Attorneys Office
219 S. Dearborn
Chicago, IL 60604
312 886 8027
Email: barry.jonas@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2024 | 125 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 124 (nsf, ) (Entered: 02/22/2024) |

| 02/21/2024 | 124 | NOTICE OF APPEAL by Abdella Ahmad Tounisi regarding order on motion for miscellaneous relief,,,, order on motion to seal document,,,,, 123 (nsf, ) (Entered: 02/22/2024) |
|---|---|---|
| 01/30/2024 | 123 | ORDER as to Abdella Ahmad Tounisi: Defendant's motions for compassionate release 111 , 122 are denied. In addition, his motion to seal sensitive documents 120 is granted and his motion for request for judicial notice 116 is denied as moot. See the accompanying Statement for details. Signed by the Honorable Andrea R. Wood on 1/30/2024. Mailed notice. (jn, ) (Entered: 01/31/2024) |
| 10/06/2023 | 122 | MOTION by Abdella Ahmad Tounisi EMERGENCY request for immediate grant of compassionate release. (Exhibits, Envelope not post marked)<br><br>(nsf, ) (Entered: 10/17/2023) |
| 11/14/2022 | 121 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Andrea R. Wood for all further proceedings pursuant to IOP13(J). Honorable Robert M. Dow, Jr no longer assigned to the case. Signed by Executive Committee on 11/14/22.(nsf, ) (Entered: 11/15/2022) |
| 11/08/2022 | 120 | MOTION by Abdella Ahmad Tounisi request to seal sensitive documents. (Exhibits, Envelope not post marked) (nsf, ) (Entered: 11/09/2022) |
| 10/07/2022 | 119 | SEALED EXHIBIT by USA as to Abdella Ahmad Tounisi (Jonas, Barry) (Entered: 10/07/2022) |
| 10/07/2022 | 118 | RESPONSE by USA as to Abdella Ahmad Tounisi regarding MOTION by Abdella Ahmad Tounisi Compassionate Release for the reduction of sentence 111 (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B)(Jonas, Barry) (Entered: 10/07/2022) |
| 10/03/2022 | 🔒 117 | (Court only) MAILED General Order 17-0003 with letter to Warden regarding request for documents from the Clerk of Court as to Abdella Ahmad Tounisi (smb, ) (Entered: 10/03/2022) |
| 09/30/2022 | 🔒 | (Court only) MAILED General Order 17-0003 with letter regarding request for documents from the Clerk of Court to Abdella Ahmad Tounisi (smb, ) (Entered: 10/03/2022) |
| 09/29/2022 | 116 | MOTION by Abdella Ahmad Tounisi request for Judicial Notice.(Exhibits, Envelope not post marked) (nsf, ) (Entered: 09/30/2022) |
| 09/29/2022 | 115 | LETTER from Abdella Ahmad Tounisi dated 9/20/22.(Envelope not post marked) (nsf, ) (Entered: 09/29/2022) |
| 08/29/2022 | 114 | MINUTE entry before the Honorable Robert M. Dow, Jr: Government's request for an extension of time to and including 10/7/2022 to file a response brief is granted. Mailed notice (cdh, ) (Entered: 08/29/2022) |
| 08/15/2022 | | FORWARDED copy of Defendant Abdella Ahmad Tounisi's letter requesting copies of documents to the Certified Copy Desk at the U.S. District Court. (cdh, ) (Entered: 08/15/2022) |
| 08/15/2022 | 🔒 | (Court only) MAILED General Order 17-0003 with letter regarding request for documents and cost of this request to Abdella Ahmad Tounisi (sxh, ) (Entered: 08/15/2022) |

| 08/12/2022 | 113 | LETTER from Abdella Ahmad Tounisi dated 8/4/22.(Envelope) (nsf, ) (Entered: 08/12/2022) |
|---|---|---|
| 08/12/2022 | 112 | ORDER, Defendant's motion for compassionate release 111 is taken under advisement; response is due by 9/9/2022. The Court will issue a ruling by mail. Signed by the Honorable Robert M. Dow, Jr on 8/12/22. Mailed notice (nsf, ) (Entered: 08/12/2022) |
| 08/09/2022 | 111 | MOTION by Abdella Ahmad Tounisi Compassionate Release for the reduction of sentence. (Envelope not post marked) (nsf, ) (Entered: 08/11/2022) |
| 06/18/2018 | 110 | TRANSCRIPT OF PROCEEDINGS as to Abdella Ahmad Tounisi held on August 11, 2015, before the Honorable Samuel Der-Yeghiayan. Order Number: 30631. Court Reporter Contact Information: Laura LaCien, 312-408-5032, Laura_LaCien@ilnd.uscourts.gov.<P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 7/9/2018. Redacted Transcript Deadline set for 7/19/2018. Release of Transcript Restriction set for 9/17/2018. (Lacien, Laura) (Entered: 06/18/2018) |
| 04/04/2018 | 109 | (Court only) MAILED General Order 17-0003 with letter to Warden regarding request for documents from the Clerk of Court as to Abdella Ahmad Tounisi (dlc, ) (Entered: 04/04/2018) |
| 03/29/2018 | 108 | SEALED Document (Armour, Molly) (Entered: 03/29/2018) |
| 03/29/2018 | 107 | Sentencing Exhibit (CV, Marc Sageman) by Abdella Ahmad Tounisi (Armour, Molly) (Entered: 03/29/2018) |
| 03/27/2018 | 106 | MINUTE entry before the Honorable Robert M. Dow, Jr. Unopposed motion to supplement and seal record 103 is granted. Notice of motion date of 3/28/2018 is stricken and no appearances are necessary on that date. Mailed notice (cdh, ) (Entered: 03/27/2018) |
| 03/21/2018 | 105 | NOTICE of Motion by Molly Armour for presentment of motion to supplement 103 before Honorable Robert M. Dow Jr. on 3/28/2018 at 09:15 AM. (Armour, Molly) (Entered: 03/21/2018) |
| 03/20/2018 | 104 | EXECUTIVE COMMITTEE ORDER: Case as to Abdella Ahmad Tounisi. Case reassigned to the Honorable Robert M. Dow, Jr. Honorable Samuel Der-Yeghiayan no longer assigned to the case. Signed by the Executive Committee on 3/20/2018. (pk, ) (Entered: 03/20/2018) |
| 03/19/2018 | 103 | MOTION by Abdella Ahmad Tounisi to supplement *and Seal Record (Unopposed)* (Armour, Molly) (Entered: 03/19/2018) |
| 03/01/2018 | | (Court only) MAILED General Order 17-0003 with letter regarding request for documents and cost of this request to Abdella Ahmad Tounisi (dlc, ) (Entered: 03/01/2018) |

| 12/07/2017 | 102 | TRANSCRIPT OF PROCEEDINGS as to Abdella Ahmad Tounisi held on October 19, 2017, before the Honorable Samuel Der-Yeghiayan. Order Number: 29028. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/28/2017. Redacted Transcript Deadline set for 1/8/2018. Release of Transcript Restriction set for 3/7/2018. (Lacien, Laura) (Entered: 12/07/2017) |
| --- | --- | --- |
| 12/07/2017 | 101 | TRANSCRIPT OF PROCEEDINGS as to Abdella Ahmad Tounisi held on November 20, 2014, before the Honorable Samuel Der-Yeghiayan. Order Number: 29028. Court Reporter Contact Information: Laura LaCien, 312-408-5032, laura_lacien@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 12/28/2017. Redacted Transcript Deadline set for 1/8/2018. Release of Transcript Restriction set for 3/7/2018. (Lacien, Laura) (Entered: 12/07/2017) |
| 11/22/2017 | 100 | TRANSCRIPT designation and order form by Abdella Ahmad Tounisi (Armour, Molly) (Entered: 11/22/2017) |
| 11/15/2017 | 99 | DOCKETING statement by Abdella Ahmad Tounisi regarding notice of appeal 94 (Armour, Molly) (Entered: 11/15/2017) |
| 11/09/2017 | 98 | NOTICE of docketing record on appeal from USCA as to Abdella Ahmad Tounisi re notice of appeal 94 . USCA Case Number 17-3325 (mma, ) (Entered: 11/09/2017) |
| 11/09/2017 | | FORWARDED certified copy of Amended Judgment (Sentencing Order) to the Docketing Department of the U.S. Attorney's Office and a copy of Amended Judgment (Sentencing Order) to the U.S. District Court's Fiscal Department as to Abdella Ahmad Tounisi (mma, ) (Entered: 11/09/2017) |
| 11/09/2017 | 97 | AMENDED JUDGMENT as to Abdella Ahmad Tounisi. Special Conditions of Supervised Release Pursuant to 18 U.S.C. 3563(b)(22) and 3583(d) Signed by the Honorable Samuel Der-Yeghiayan on 11/9/2017. Mailed certified copy to defendant's counsel of record Molly Armour and Patrick W. Blegen. (mma, ) (Entered: 11/09/2017) |

| 11/09/2017 | 96 | Transmission of short record as to Abdella Ahmad Tounisi to US Court of Appeals re notice of appeal 94 . (smm) (Entered: 11/09/2017) |
| 11/09/2017 | 95 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 94 . (smm) (Entered: 11/09/2017) |
| 11/08/2017 | 94 | NOTICE OF APPEAL by Abdella Ahmad Tounisi (Armour, Molly) (Entered: 11/08/2017) |
| 11/07/2017 | 93 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Motion to correct sentence 91 is granted. Hearing date of 11/8/17 is stricken. No appearance is necessary. Amended judgment and commitment order to follow. Mailed notice (ags, ) (Entered: 11/07/2017) |
| 11/02/2017 | 92 | NOTICE of Motion by Patrick W. Blegen for presentment of motion to correct sentence 91 before Honorable Samuel Der-Yeghiayan on 11/8/2017 at 09:00 AM. (Blegen, Patrick) (Entered: 11/02/2017) |
| 11/02/2017 | 91 | MOTION by Abdella Ahmad Tounisi to correct sentence (Blegen, Patrick) (Entered: 11/02/2017) |
| 10/26/2017 | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and a copy of Judgment (Sentencing Order) with Statement of Reasons to the U.S. District Court's Fiscal Department as to Abdella Ahmad Tounisi. (gcy, ) (Entered: 10/26/2017) |
| 10/26/2017 | | JUDGMENT and Commitment as to Abdella Ahmad Tounisi issued to U.S. Marshal via e-mail. (gcy, ) Text Modified on 10/26/2017 (gcy, ). (Entered: 10/26/2017) |
| 10/26/2017 | 90 | STATEMENT of Reasons as to Abdella Ahmad Tounisi(SEALED). Mailed certified copy to defendant Abdella Ahmad Tounisi's counsel of record Molly Armour. (gcy, ) (Entered: 10/26/2017) |
| 10/26/2017 | 89 | JUDGMENT (Sentencing Order) as to Abdella Ahmad Tounisi (1), Count(s) 1, The Defendant pleaded guilty to Count(s) One (1) of the indictment. Count(s) Two is dismissed on the motion of the United States. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 180 months on Count 1. The defendant is remanded to the custody of the United States Marshal. Defendant upon release from imprisonment shall be on supervised release for a term of: Life on Count One of the Indictment. Discretionary Conditions of Supervised Release pursuant to 18 U.S.C. 3563(b) and 18 U.S.C. 3583(d). Special Conditions of Supervised Release pursuant to 18 U.S.C. 3563(b)(22) and 3583(d). Criminal Monetary Penalties. Schedule of Payments.; Count(s) Two (2) is dismissed on the motion of the United States., (Terminated defendant Abdella Ahmad Tounisi). Mailed certified copy to defendant Abdella Ahmad Tounisi's counsel of record Molly Armour. Signed by the Honorable Samuel Der-Yeghiayan on 10/26/17. Mailed notice. (gcy, ) (Entered: 10/26/2017) |
| 10/19/2017 | 🔒 | (Court only) ***Procedural Interval start (P6) count 1 as to Abdella Ahmad Tounisi. (gcy, ) (Entered: 10/26/2017) |

| 10/19/2017 | 88 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Sentencing hearing held on 10/19/2017. Mailed notice. (ym, ) (Entered: 10/20/2017) |
|---|---|---|
| 10/18/2017 | 87 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Sentencing set for 10/19/17 at 10:00 a.m. is reset for 11:30 a.m. (NOTE TIME CHANGE ONLY). Mailed notice. (ym, ) (Entered: 10/18/2017) |
| 10/13/2017 | 86 | OBJECTION by Abdella Ahmad Tounisi to miscellaneous other 85 *(govt's proposed supervised release conditions)* (Blegen, Patrick) (Entered: 10/13/2017) |
| 10/05/2017 | 85 | GOVERNMENTS RECOMMENDED CONDITIONS OF SUPERVISED RELEASE by USA as to Abdella Ahmad Tounisi (Jonas, Barry) (Entered: 10/05/2017) |
| 10/05/2017 | 84 | SENTENCING MEMORANDUM as to Abdella Ahmad Tounisi (Jonas, Barry) (Entered: 10/05/2017) |
| 09/28/2017 | 83 | Conditions of Supervised Release by Abdella Ahmad Tounisi (Armour, Molly) (Entered: 09/28/2017) |
| 09/28/2017 | 82 | MOTION by Abdella Ahmad Tounisi Motion for Leave to File Oversized Sentencing Memorandum (Unopposed) (Attachments: # 1 Sentencing Memorandum, # 2 Exhibits A-E)(Armour, Molly) (Entered: 09/28/2017) |
| 06/28/2017 | 81 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Defendant's unopposed motion to continue sentencing 79 is granted as follows: Defendant is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 09/28/17. The Defendant is further given leave until 09/28/17 to submit to the Court any other sentencing position papers or letters. By 09/28/17, Defendant is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed with justifications. Government is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 10/05/17. Government is further given leave until 10/05/17 to submit to the Court any other sentencing position papers. By 10/05/17, Government is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed. The Government is ordered to provide justifications for each condition the Government believes should be imposed. Defendant is order to file a memorandum by 10/12/17 identifying if Defendant agrees or objections to any condition the Government believes should be imposed, with justifications to any objection. Sentencing is reset to 10/19/17 at 10:00 a.m. Sentencing set for 07/18/17 is stricken. Defendant to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 06/28/2017) |

| | | |
|---|---|---|
| 06/22/2017 | 80 | NOTICE of Motion by Molly Armour for presentment of motion to continue 79 before Honorable Samuel Der-Yeghiayan on 6/28/2017 at 09:00 AM. (Armour, Molly) (Entered: 06/22/2017) |
| 06/22/2017 | 79 | MOTION by Abdella Ahmad Tounisi to continue *Sentencing (Unopposed)* (Armour, Molly) (Entered: 06/22/2017) |
| 05/16/2017 | 78 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held. As stated on the record, Defendant's motion to withdraw his counsel and proceed pro se 76 is hereby withdrawn. Defendant's request for additional time to file sentencing memorandum is granted as follows: Defendant is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 06/21/17. The Defendant is further given leave until 06/21/17 to submit to the Court any other sentencing position papers or letters. By 06/21/17, Defendant is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed with justifications. Government is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 06/28/17. Government is further given leave until 06/28/17 to submit to the Court any other sentencing position papers. By 06/28/17, Government is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed. The Government is ordered to provide justifications for each condition the Government believes should be imposed. Defendant is order to file a memorandum by 07/07/17 identifying if Defendant agrees or objections to any condition the Government believes should be imposed, with justifications to any objection. Sentencing is reset to 07/18/17 at 10:00 a.m. Sentencing set for 06/21/17 is stricken. Defendant to remain in custody until further order of the Court. Mailed notice (mw,) (Entered: 05/16/2017) |
| 05/02/2017 | 77 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing set for 05/16/17 at 11:15 a.m. Mailed notice (mw, ) (Entered: 05/02/2017) |
| 04/27/2017 | 76 | MOTION by Abdella Ahmad Tounisi to dismiss all assigned counsel and waive his right to counsel and proceed pro se (No envelope postmark). (yap, ) (Entered: 05/02/2017) |
| 04/06/2017 | 75 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Defendant's request to continue sentencing is granted without objection as follows: Sentencing is reset to 06/21/17 at 10:00 a.m. Defendant is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 05/31/17. The Defendant is further given leave until 05/31/17 to submit to the Court any other sentencing position papers or letters. Government is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy |

| | | |
|---|---|---|
| | | copy provided to chambers on or before 06/07/17. Government is further given leave until 06/07/17 to submit to the Court any other sentencing position papers. By 06/07/17, Government is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed. The Government is ordered to provide justifications for each condition the Government believes should be imposed. Defendant is order to file a memorandum titled "Conditions of Supervised Release" by 06/14/17 identifying if Defendant agrees or objections to any condition the Government believes should be imposed, with justifications to any objection, and whether any additional conditions should be imposed. Sentencing set for 04/26/17 is stricken. Mailed notice (mw,) (Entered: 04/06/2017) |
| 02/06/2017 | 74 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Defendant's request to continue sentencing is granted without objection as follows: Sentencing is reset to 04/26/17 at 10:00 a.m. Defendant is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 04/05/17. The Defendant is further given leave until 04/05/17 to submit to the Court any other sentencing position papers or letters. Government is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 04/12/17. Government is further given leave until 04/12/17 to submit to the Court any other sentencing position papers. By 04/12/17, Government is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed. The Government is ordered to provide justifications for each condition the Government believes should be imposed. Defendant is order to file a memorandum titled "Conditions of Supervised Release" by 04/19/17 identifying if Defendant agrees or objections to any condition the Government believes should be imposed, with justifications to any objection, and whether any additional conditions should be imposed. The Probation Department is directed to release the sentencing recommendation portion of the PSR to both Defense counsel and Government counsel. Sentencing set for 02/23/17 is stricken. Mailed notice (mw,) (Entered: 02/06/2017) |
| 12/13/2016 | 73 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held. At the parties' request, sentencing set for 02/23/17 at 10:00 a.m. Defendant is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 02/02/17. The Defendant is further given leave until 02/02/17 to submit to the Court any other sentencing position papers or letters. Government is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 02/09/17. Government is further given leave until 02/09/17 to submit to the Court any other sentencing position papers. By 02/09/17, Government is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the |

| | | |
|---|---|---|
| | | Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed. The Government is ordered to provide justifications for each condition the Government believes should be imposed. Defendant is order to file a memorandum titled "Conditions of Supervised Release" by 02/16/17 identifying if Defendant agrees or objections to any condition the Government believes should be imposed, with justifications to any objection, and whether any additional conditions should be imposed. The Probation Department is directed to release the sentencing recommendation portion of the PSR to both Defense counsel and Government counsel. Mailed notice (mw, ) (Entered: 12/13/2016) |
| 11/10/2016 | 72 | LETTER from Abdella Tounisi dated 11/7/16. (las, ) (Entered: 11/14/2016) |
| 09/01/2016 | 71 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 12/13/16 at 9:00 a.m. Mailed notice (mw,) (Entered: 09/01/2016) |
| 08/25/2016 | 70 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Parties' request to reset status hearing to 09/01/16 at 9:00 a.m. is granted. Status hearing set for 08/25/16 is stricken. Mailed notice (mw,) (Entered: 08/25/2016) |
| 04/28/2016 | 69 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 08/25/16 at 9:00 a.m. Defendant to remain in custody until further order of the Court. Mailed notice (mw,) (Entered: 04/28/2016) |
| 03/09/2016 | 68 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Sentencing set for 03/29/16 is stricken. Status hearing set for 04/28/16 at 9:00 a.m. Mailed notice (mw,) (Entered: 03/09/2016) |
| 11/09/2015 | 67 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Tounisi: Defendant's request to continue sentencing hearing is granted without objection as follows: Defendant is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 03/08/16. The Defendant is further given leave until 03/08/16 to submit to the Court any other sentencing position papers or letters. Government is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 03/15/16. Government is further given leave until 03/15/16 to submit to the Court any other sentencing position papers. By 03/15/16, Government is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed. The Government is ordered to provide justifications for each condition the Government believes should be imposed. Defendant is order to file a memorandum by 03/22/15 identifying if Defendant agrees or objections to any condition the Government believes should be imposed, with justifications to any objection. The Probation Department is directed to release the sentencing recommendation portion of the PSR to both Defense counsel and Government counsel. Sentencing is reset to 03/29/16 at 10:00 a.m. Sentencing set for 12/09/15 is stricken. Defendant to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: |

| | | | |
|---|---|---|---|
| | | | 11/09/2015) |
| 10/26/2015 | 🔒 | 66 | (Court only) SENTENCING Recommendation as to Abdella Ahmad Tounisi (SEALED) (Sohl, David) (Entered: 10/26/2015) |
| 10/26/2015 | | 65 | PRESENTENCE Investigation Report as to Abdella Ahmad Tounisi (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Sohl, David) (Entered: 10/26/2015) |
| 08/08/2015 | | 64 | PLEA Agreement as to Abdella Ahmad Tounisi (yap, ) (Entered: 08/11/2015) |
| 08/08/2015 | | 63 | ORDER as to Abdella Ahmad Tounisi (1): Change of Plea hearing held as to defendant Abdella Ahmad Tounisi. Defendant enters a plea of guilty as to Count 1 of the Indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Defendant is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 11/18/15. The Defendant is further given leave until 11/18/15 to submit to the Court any other sentencing position papers or letters. Government is ordered to file objections or corrections to the PSR, if any, and a sentencing memorandum, if any, with the Clerk of the Court and a courtesy copy provided to chambers on or before 11/25/15. Government is further given leave until 11/25/15 to submit to the Court any other sentencing position papers. By 11/25/15, Government is ordered to file a memorandum titled "Conditions of Supervised Release" indicating if the proposed conditions of supervised release as proposed in the Presentence Investigation Report should be imposed or not, and whether any additional conditions should be imposed. The Government is ordered to provide justifications for each condition the Government believes should be imposed. Defendant is order to file a memorandum by 12/02/15 identifying if Defendant agrees or objections to any condition the Government believes should be imposed, with justifications to any objection. The Probation Department is directed to release the sentencing recommendation portion of the PSR to both Defense counsel and Government counsel. Sentencing is set for 12/09/15 at 10:30 a.m. Defendant to remain in custody until further order of the Court. Signed by the Honorable Samuel Der-Yeghiayan on 8/8/2015. Mailed notices (yap, ) (Entered: 08/11/2015) |
| 07/16/2015 | | 62 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Defendant's request to continue change of plea hearing is granted without objection. Change of plea hearing reset to 08/11/15 at 10:30 a.m. Change of plea hearing set for 07/22/15 is stricken. In the interest of justice and for the reasons previously stated on the record, the Government's request to exclude time through and including 08/11/15 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. Defendant to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 07/16/2015) |
| 06/23/2015 | | 60 | MINUTE entry before the Honorable Samuel Der-Yeghiayan: as to Abdella Ahmad Tounisi: The parties have contacted the Courtroom Deputy to request a continuance of the change of plea hearing. The change of plea hearing set for 6/30/15 is reset to 7/22/15 at 10:30 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 07/22/15 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) |

| | | |
|---|---|---|
| | | without objection. Defendant to remain in custody until further order of the Court. Mailed notice (lcw, ) (Entered: 06/23/2015) |
| 06/09/2015 | 59 | EX PARTE ORDER as to Abdella Ahmad Tounisi Signed by the Honorable Samuel Der-Yeghiayan on 6/9/2015. (yap, ) (Entered: 06/09/2015) |
| 05/27/2015 | 58 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held. At the parties' request, change of plea hearing set for 06/30/15 at 10:30 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 06/30/15 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. Defendant to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 05/27/2015) |
| 03/25/2015 | 57 | ORDER as to Abdella Ahmad Tounisi (1): Status hearing held and continued to 5/27/15 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 5/27/15 is granted pursuant to 18 USC 3161(h)(7)(A)(B) without objection. Signed by the Honorable Samuel Der-Yeghiayan on 3/25/2015. (yap, ) (Entered: 03/30/2015) |
| 01/08/2015 | 54 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 03/25/15 at 9:00 a.m. Defendant's ex parte motion for authorization to obtain expert is granted. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 03/25/15 is granted pursuant to 18 U.S.C. 3161(h)(7)(A)(B) without objection. Mailed notice (mw, ) (Entered: 01/08/2015) |
| 11/20/2014 | 53 | SUPPLEMENTAL Addendum as to Abdella Ahmad Tounisi (SEALED) (Entered: 11/20/2014) |
| 11/20/2014 | 52 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Motion hearing held. For the reasons stated on the record, Defendant's motion to set bond and conditions of release 50 is denied. Mailed notice (mw, ) (Entered: 11/20/2014) |
| 11/17/2014 | 51 | NOTICE of Motion by Molly Armour for presentment of motion for release from custody 50 before Honorable Samuel Der-Yeghiayan on 11/20/2014 at 09:00 AM. (Armour, Molly) (Entered: 11/17/2014) |
| 11/17/2014 | 50 | MOTION by Abdella Ahmad Tounisi for release from custody (Armour, Molly) (Entered: 11/17/2014) |
| 10/23/2014 | 49 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 01/08/15 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 01/08/15 is granted pursuant to 18 U.S.C. 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 10/23/2014) |
| 08/12/2014 | 48 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 10/23/14 at 9:00 a.m. Lisa Wood is given leave to file her appearance as additional counsel for Defendant. |

| | | |
|---|---|---|
| | | In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 10/23/14 is granted pursuant to 18 U.S.C. 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court.Mailed notice (mw, ) (Entered: 08/12/2014) |
| 06/26/2014 | 47 | ATTORNEY Appearance for defendant Abdella Ahmad Tounisi by Daniel Anthony Rufo (Rufo, Daniel) (Entered: 06/26/2014) |
| 06/26/2014 | 46 | ATTORNEY Appearance for defendant Abdella Ahmad Tounisi by Patrick W. Blegen (Blegen, Patrick) (Entered: 06/26/2014) |
| 06/25/2014 | 45 | ORDER as to Abdella Ahmad Tounisi: Status hearing held and continued to 8/12/14 at 9:00 a.m. Defendant's ex parte unopposed motion for appointment of additional counsel 44 is granted. Patrick Blegen is hereby appointed as additional counsel for Defendant Abdella Ahmad Tounisi. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 8/12/14 is granted pursuant to 18 U.S.C. 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Signed by the Honorable Samuel Der-Yeghiayan on 6/25/14. (las, ) (Entered: 06/26/2014) |
| 04/22/2014 | 43 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 06/25/14 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 06/25/14 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 04/22/2014) |
| 02/27/2014 | 42 | SUPPLEMENTAL Protective Order as to Abdella Ahmad Tounisi Signed by the Honorable Samuel Der-Yeghiayan on 2/27/2014.Mailed notice (yap, ) (Entered: 02/27/2014) |
| 02/19/2014 | 41 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 04/22/14 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 04/22/14 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 02/19/2014) |
| 01/14/2014 | 40 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 02/19/14 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 02/19/14 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 01/14/2014) |
| 10/30/2013 | 39 | MEMORANDUM Opinion as to Abdella Ahmad Tounisi: Granting Government's motion for a supplemental protective order to govern classified discovery. Signed by the Honorable Samuel Der-Yeghiayan on 10/30/13. Mailed notice (mw, ) (Entered: 10/30/2013) |

| 10/30/2013 | 38 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 01/14/14 at 9;00 a.m. For the reasons stated in the Court's memorandum opinion dated 10/30/13, Government's motion for supplemental protective order 31 is granted. Government's motion for early return of trial subpoenas 36 is granted equally to both parties. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 01/14/14 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 10/30/2013) |
| --- | --- | --- |
| 10/24/2013 | 37 | NOTICE of Motion by Barry Jonas for presentment of motion for miscellaneous relief 36 before Honorable Samuel Der-Yeghiayan on 10/30/2013 at 09:00 AM. (Jonas, Barry) (Entered: 10/24/2013) |
| 10/23/2013 | 36 | MOTION by USA Government's Unopposed Motion for Early Return of Trial Subpoenas as to Abdella Ahmad Tounisi (Jonas, Barry) (Entered: 10/23/2013) |
| 10/02/2013 | 35 | REPLY by USA to MOTION by USAfor a Supplemental Protective Order as to Abdella Ahmad Tounisi 31 (Ridgway, William) (Entered: 10/02/2013) |
| 09/25/2013 | 34 | RESPONSE by Abdella Ahmad Tounisi regarding MOTION by USAfor a Supplemental Protective Order as to Abdella Ahmad Tounisi 31 (Armour, Molly) (Entered: 09/25/2013) |
| 09/04/2013 | 33 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Motion hearing held. Government's motion for supplemental protective order 31 is entered and continued. Defendant's request to file written response is granted. Defendant's response shall be filed by 09/25/13 and Government's reply to be filed by 10/02/13. Status hearing reset to 10/30/13 at 9:00 a.m. Status hearing set for 09/26/13 is stricken. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 10/30/13 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 09/04/2013) |
| 08/26/2013 | 32 | NOTICE of Motion by William Ridgway for presentment of motion for miscellaneous relief 31 before Honorable Samuel Der-Yeghiayan on 9/4/2013 at 09:00 AM. (Ridgway, William) (Entered: 08/26/2013) |
| 08/26/2013 | 31 | MOTION by USAfor a Supplemental Protective Order as to Abdella Ahmad Tounisi (Attachments: # 1 Exhibit A)(Ridgway, William) (Entered: 08/26/2013) |
| 07/30/2013 | 28 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Status hearing held and continued to 09/26/13 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 09/26/13 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (mw, ) (Entered: 07/30/2013) |
| 06/13/2013 | 27 | PROTECTIVE Order as to Abdella Ahmad Tounisi Signed by the Honorable Samuel Der-Yeghiayan on 6/13/2013. (yap, ) (Entered: 06/14/2013) |

| 06/13/2013 | 26 | ORDER Designating Classified Information Security Officers as to Abdella Ahmad Tounisi 25 Signed by the Honorable Samuel Der-Yeghiayan on 6/13/2013. (yap, ) (Entered: 06/14/2013) |
|---|---|---|
| 06/13/2013 | 25 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Government's agreed motion to designate a Classified Information Security Officer 23 is granted. Government's agreed motion for entry of protective order governing discovery 24 is granted. Mailed notice (yap, ) (Entered: 06/14/2013) |
| 06/12/2013 | 24 | MOTION by USA for protective order as to Abdella Ahmad Tounisi *Motion for Entry of Agreed Protective Order Governing Discovery* (Ridgway, William) (Entered: 06/12/2013) |
| 06/11/2013 | 23 | MOTION by USA Agreed Motion to Designate a Classified Information Security Officer as to Abdella Ahmad Tounisi (Ridgway, William) (Entered: 06/11/2013) |
| 05/29/2013 | 22 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi (1): Arraignment held. Defendant pleads not guilty to each charge of each count of the Indictment. Status hearing set for 07/30/13 at 9:00 a.m. In the interest of justice and for the reasons stated on the record, the Government's request to exclude time through and including 07/30/13 is granted pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) without objection. The defendant is to remain in custody until further order of the Court. Mailed notice (yap, ) (Entered: 05/30/2013) |
| 05/28/2013 | 21 | Memorandum Regarding CIPA by USA as to Abdella Ahmad Tounisi (Ridgway, William) (Entered: 05/28/2013) |
| 05/20/2013 | 20 | MINUTE entry before the Honorable Samuel Der-Yeghiayan as to Abdella Ahmad Tounisi: Defendant's request to continue arraignment and plea is granted. Arraignment and plea reset to 05/29/13 at 9:45 a.m. Arraignment and plea set for 05/21/13 is stricken. Mailed notice (mw, ) (Entered: 05/20/2013) |
| 05/17/2013 | | Judge update in case as to Abdella Ahmad Tounisi. Judge Honorable Daniel G. Martin no longer assigned to case. (jn, ) (Entered: 05/17/2013) |
| 05/16/2013 | 🔒 19 | NOTICE of Arraignment as to Abdella Ahmad Tounisi before Honorable Samuel Der-Yeghiayan on 5/21/2013 at 10:00 AM. in courtroom 1903. (yap, ) (Entered: 05/17/2013) |
| 05/16/2013 | 🔒 18 | (Court only) UNREDACTED (SEALED) INDICTMENT as to defendant Abdella Ahmad Tounisi (yap, ) (Entered: 05/17/2013) |
| 05/16/2013 | 17 | MINUTE entry before the Honorable Susan E. Cox as to Abdella Ahmad Tounisi: No bond set. Detained by Magistrate. (yap, ) (Entered: 05/17/2013) |
| 05/16/2013 | 16 | DESIGNATION Sheet: FELONY (Category 3). (yap, ) (Entered: 05/17/2013) |
| 05/16/2013 | 15 | INDICTMENT as to Abdella Ahmad Tounisi (1) count(s) 1, 2 (yap, ) (Entered: 05/17/2013) |
| 05/16/2013 | 🔒 | (Court only) Judge update in case as to Abdella Ahmad Tounisi. Judge Honorable Samuel Der-Yeghiayan added., ***Set/Clear Flags as to Abdella Ahmad Tounisi (yap, ) (Entered: 05/17/2013) |

| | | |
|---|---|---|
| 05/06/2013 | 14 | PRETRIAL Bail Report as to Abdella Ahmad Tounisi (SEALED) (pretrial) (Entered: 05/06/2013) |
| 05/03/2013 | 🔒 | (Court only) ***Location start LC as to Abdella Ahmad Tounisi (yap, ) (Entered: 08/11/2015) |
| 05/03/2013 | 12 | ORDER signed by the Honorable Edmond E. Chang. As explained in the order, the government's motion to detain Defendant 10 is granted. Mailed notice (slb, ) (Entered: 05/03/2013) |
| 05/03/2013 | 11 | MINUTE entry before the Honorable Edmond E. Chang: hearing on the appeal of release order is set for 05/03/13 at 10:30 a.m. Mailed notice (Chang, Edmond) (Entered: 05/03/2013) |
| 05/02/2013 | 🔒 30 | OWN RECOGNIZANCE Bond as to Abdella Ahmad Tounisi in amount of $ 50,000.00, (yap, ) (Entered: 08/19/2013) |
| 05/02/2013 | 🔒 29 | ORDER Setting Conditions of Release as to Abdella Ahmad Tounisi in amount of $ 50,000.00, OWN RECOGNIZANCE Signed by the Honorable Daniel G. Martin on 5/2/2013. (yap, ) (Entered: 08/19/2013) |
| 05/02/2013 | 13 | MINUTE entry before the Honorable Daniel G. Martin as to Abdella Ahmad Tounisi (1): Detention hearing held. Government seeks detention. For the reasons stated in open court, government's oral motion for pretrial detention is denied. Enter Order Setting Conditions Of Release. Government's oral motion for twenty-four stay on bond is granted. Defendant is detained until further order of court. Mailed notice (yap, ) (Entered: 05/03/2013) |
| 05/02/2013 | | ORAL MOTION by USA for twenty-four (24) stay on bond as to Abdella Ahmad Tounisi (yap, ) (Entered: 05/03/2013) |
| 05/02/2013 | | ORAL MOTION by USA for pretrial detention as to Abdella Ahmad Tounisi (yap, ) (Entered: 05/03/2013) |
| 05/02/2013 | 10 | MOTION by USA for detention as to Abdella Ahmad Tounisi (Ridgway, William) (Entered: 05/02/2013) |
| 04/24/2013 | 8 | MINUTE entry before the Honorable Daniel G. Martin:Minute order dated 4/23/2013 is amended to included the following: Oral motion by Matthew Joseph Madden to withdraw his appearance as counsel for defendant is granted. Leave is granted to Molly Armour to file her appearance as counsel for defendant. Mailed notice (lxs, ) (Entered: 04/24/2013) |
| 04/24/2013 | 7 | ATTORNEY Designation for USA of Barry Jonas (Jonas, Barry) (Entered: 04/24/2013) |
| 04/23/2013 | 9 | ATTORNEY Appearance for defendant Abdella Ahmad Tounisi by Molly Armour (yap, ) (Entered: 04/25/2013) |
| 04/23/2013 | 6 | NOTICE of of Intent To Use FISA Information by USA as to Abdella Ahmad Tounisi (Ridgway, William) (Entered: 04/23/2013) |
| 04/23/2013 | 5 | MINUTE entry before the Honorable Daniel G. Martin as to Abdella Ahmad Tounisi (1): Detention hearing held and continued to 5/2/2013 at 1:30 p.m. Government seeks detention. Defendant to remain in custody until further order of court. Mailed notice (yap, ) (Entered: 04/23/2013) |

| 04/20/2013 | 4 | FINANCIAL Affidavit filed by Abdella Ahmad Tounisi (SEALED) (yap, ) (Entered: 04/23/2013) |
|---|---|---|
| 04/20/2013 | 3 | ATTORNEY Appearance for defendant Abdella Ahmad Tounisi by Matthew Joseph Madden (yap, ) (Entered: 04/23/2013) |
| 04/20/2013 | 2 | MINUTE entry before the Honorable Daniel G. Martin as to Abdella Ahmad Tounisi (1): Initial appearance proceedings held. Defendant appears in response to arrest on 4/20/2013. Defendant informed of his rights. Enter Order appointing Matthew J. Madden of the Federal Defender Program/Panel as counsel for defendant. Government seeks detention. Detention hearing is set for 4/23/2013 at 10:00 a.m. Defendant to remain in custody. Mailed notice (yap, ). (Entered: 04/23/2013) |
| 04/20/2013 | | ARREST of defendant Abdella Ahmad Tounisi (yap, ) (Entered: 04/23/2013) |
| 04/19/2013 | 1 | COMPLAINT signed by Honorable Daniel G. Martin as to Abdella Ahmad Tounisi (1) (yap, ) (Entered: 04/23/2013) |