# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 16, 2024

To:  Thomas G. Bruton
     UNITED STATES DISTRICT COURT
     Northern District of Illinois
     Chicago, IL 60604-0000

| | |
|---|---|
| | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee |
| No. 24-1283 | v. |
| | ABDELLA A. TOUNISI,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:13-cr-00328-1
Northern District of Illinois, Eastern Division
District Judge Andrea R. Wood

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                    No record to be returned

This notice sent to:
[ ]  United States Probation Officer

form name: **c7_Mandate**    (form ID: **135**)